## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Anthony Jakes v. Kenneth Boudreau, Estate of Michael Kill, Louis Caesar, Thomas Pack, Michael DeLacy, Ken Burke, Fred Bonke, City of Chicago, and Unknown Employees of the City of Chicago

Case Number: 19-cv-2204

An appearance is hereby filed by the undersigned as attorney for:
Defendants Fred Bonke, Ken Burke, Kenneth Boudreau, and Louis Caesar

Attorney name (type or print): Eileen E. Rosen

Firm: Rock Fusco & Connelly, LLC

Street address: 321 N. Clark Street, Suite 2200

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6217428
(See item 3 in instructions)

Telephone Number: 312-494-1000

Email Address: erosen@rfclaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 28, 2019

Attorney signature: S/ Eileen E. Rosen

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015