**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY JAKES, | |
| Plaintiff, | Case No. 19-cv-02204 |
| v. | Hon. Manish S. Shah |
| KENNETH BOUDREAU *et al.*, | Hon. Sheila M. Finnegan |
| Defendants. | |

**JOINT INITIAL STATUS REPORT**

Pursuant to this Court's June 10, 2019 order (ECF No. 24), plaintiff Anthony Jakes ("Plaintiff") and defendants City of Chicago, Kenneth Boudreau, Louis Caesar, Michael Delacy, Ken Burke, and Fred Bonke, by and through counsel, hereby submit the following Joint Initial Status Report:

**1. The Nature of the Case**

**a. Attorneys of record for each party, including the lead trial attorney.**

For Plaintiff: Jon Loevy (lead trial attorney), Arthur Loevy, Russell Ainsworth, Heather Lewis Donnell, and Alison R. Leff, Loevy & Loevy, 311 North Aberdeen Street, 3rd floor, Chicago, Illinois 60607.

For Defendant City of Chicago: Jeffrey N. Given (lead trial attorney), James G. Sotos (lead trial attorney), Sara J. Schroeder, Joseph M. Polick, and George J. Yamin, Jr., The Sotos Law Firm, P.C., 141 West Jackson Boulevard, Suite 1240A, Chicago, Illinois 60604.

For Defendants Bonke, Burke, Boudreau, and Caesar: Eileen E. Rosen (lead trial attorney), Patrick R. Moran, Andrew J. Grill, and Brittany D. Johnson, Rock Fusco & Connelly, LLC, 321 North Clark Street, Suite 2200, Chicago, Illinois 60654.

    b.  **Basis for federal jurisdiction.**

This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1343(a) because Plaintiff brings this action under 42 U.S.C. § 1983. The Court may exercise supplemental jurisdiction over Plaintiff's Illinois law claims under 28 U.S.C. § 1367(a).

    c.  **Describe the nature of the claims asserted in the complaint and any counterclaims, including relief sought.**

This is a civil rights lawsuit arising from Plaintiff's wrongful conviction at age 15 for a 1991 murder he did not commit. As alleged in the complaint, Defendants arrested and interrogated Plaintiff for over 16 hours without an adult, attorney, or family member present. After Defendants subjected him to prolonged physical and emotional abuse, Plaintiff ultimately agreed to sign a false confession stating that he served as a lookout while another person committed the murder. That false confession led to Plaintiff's conviction. He served his entire sentence—20 years—in prison before he was exonerated following his release on parole. Plaintiff seeks compensatory and punitive damages, as well as attorneys' fees and costs pursuant to 42 U.S.C. § 1988b.

Defendants have not asserted any counterclaims.

2. **Mandatory Initial Discovery (Pilot Program)**

The parties hereby acknowledge familiarity with the Mandatory Initial Discovery Standing Order. The parties' mandatory initial discovery responses are due September 4, 2019. There are currently no disputes regarding the mandatory initial discovery responses.

3. **Pending Motions and Case Plan**

    a.    **Pending motions.**

On July 2, 2019, Plaintiff filed his Motion to Appoint Special Representative for Defendant Estate of Michael Kill. (ECF No. 35.) Defendant City of Chicago filed its response in

opposition to the motion on July 24, 2019. (ECF No. 38.) Plaintiff's reply brief is due July 30, 2019.

There are no other pending motions.

b. **Proposed Discovery Plan**

i. **General type of discovery needed.**

Plaintiff anticipates discovery of documents and electronically stored information, including the City of Chicago's and Defendants' records and communications regarding the Garcia murder investigation, Plaintiff's arrest and prosecution, and the City's policies and practices. Plaintiff also plans to depose defendants and third-party witnesses. Plaintiff anticipates the need for expert discovery as well.

The parties agree that both sides will need more than the 10 depositions permitted by the Federal Rules and will work together to meet and confer regarding the proposed number of depositions. Furthermore, the City intends to move to bifurcate and stay discovery and trial of Plaintiff's *Monell* claims.

ii. **Proposed dates.**

| Event | Plaintiff's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| Exchange of mandatory initial disclosures | September 4, 2019 | September 4, 2019 |
| Deadline to issue initial written discovery requests | December 4, 2019 | December 4, 2019 |
| Fact discovery completion | June 30, 2020 | June 30, 2020 |
| Plaintiff's expert report due | July 28, 2020 | July 28, 2020 |
| Deadline to depose Plaintiff's expert | NA | August 27, 2020 |
| Defendants' expert report due | August 25, 2020 | September 28, 2020 |
| Deadline to depose Defendants' expert | NA | October 28, 2020 |
| Plaintiff's rebuttal expert report due | September 29, 2020 | November 27, 2020 |

| Event | Plaintiff's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| Deadline to complete expert discovery | October 13, 2020 | December 28, 2020 |
| Deadline to file dispositive motions | December 1, 2020 | February 14, 2021 |

    c.    **Whether a jury trial is requested and the probable length of trial.**

The parties request a jury trial and expect the trial to last 10 to 14 days, though trial could last as long as 3-4 weeks depending on which claims are tried against which Defendants.

4. **Consent to Proceed Before A Magistrate Judge**

The parties do not consent unanimously to proceed before a Magistrate Judge.

5. **Status of Settlement Discussions**

No settlement discussions have occurred, and the parties do not request a settlement conference.

Dated: July 26, 2019                Respectfully Submitted,

| ANTHONY JAKES | CITY OF CHICAGO |
|---|---|
| By: *s/ Alison R. Leff*<br>    One of His Attorneys | By: *s/ Jeffrey N. Given*<br>    One of Its Attorneys |
| Arthur Loevy<br>Jon Loevy<br>Russell Ainsworth<br>Heather Lewis Donnell<br>Alison R. Leff<br>LOEVY & LOEVY<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, IL 60607<br>(312) 243-5900 (phone)<br>arthur@loevy.com<br>jon@loevy.com<br>russell@loevy.com<br>heather@loevy.com<br>alison@loevy.com | James G. Sotos<br>Jeffrey N. Given<br>Sara J. Schroeder<br>Joseph M. Polick<br>George J. Yamin, Jr.<br>The Sotos Law Firm, P.C.<br>141 W. Jackson Bld., Ste. 1240A<br>Chicago, IL 60604<br>(630) 735-3300 (phone)<br>jsotos@jsotoslaw.com<br>jgiven@jsotoslaw.com<br>sschroeder@jsotoslaw.com<br>jpolick@jsotoslaw.com<br>gyamin@jsotoslaw.com |

KENNETH BOUDREAU, LOUIS CAESAR,
MICHAEL DELACY, KEN BURKE, and
FRED BONKE

By: *s/ Andrew J. Grill*
      One of Their Attorneys

Eileen E. Rosen
Patrick R. Moran
Andrew J. Grill
Brittany D. Johnson
Rock Fusco & Connelly, LLC
321 N. Clark St., Ste. 2200,
Chicago, IL 60654
(312) 494-1000 (phone)
erosen@rfclaw.com
pmoran@rfclaw.com
agrill@rfclaw.com
bjohnson@rfclaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 26, 2019, I caused the foregoing document to be electronically filed, which will send a Notice of Electronic Filing to all counsel of record.

                                *s/ Alison R. Leff*