**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Anthony Jakes
                              Plaintiff,

v.                                              Case No.: 1:19−cv−02204
                                                Honorable Manish S. Shah

Kenneth Boudreau, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 31, 2019:

    MINUTE entry before the Honorable Manish S. Shah: Status hearing held. For the reasons stated in open court, the motion to appoint a special representative [35] is granted. An appropriate representative must be identified, and proper notice to heirs or legatees must be given, before appointment. Defendants must respond to the complaint by 8/5/19. All fact discovery must be noticed in time to be completed by 6/30/20. Discovery and settlement are referred to Magistrate Judge Finnegan, with full authority over the discovery schedule. Any motion to bifurcate Monell theories shall be brought before this court. Continued status hearing is set for 9/26/19 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.