**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Anthony Jakes
                Plaintiff,

v.                                                 Case No.: 1:19−cv−02204
                                                          Honorable Manish S. Shah

Kenneth Boudreau, et al.
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Sheila M. Finnegan for the purpose of holding proceedings related to: discovery supervision. (psm, )Notices mailed.

Dated: July 31, 2019

                                                                       /s/ Manish S. Shah

                                                                  United States District Judge