# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTHONY JAKES, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BOUDREAU *et al.*, <br><br> Defendants. | Case No. 19-cv-02204 <br><br> Hon. Manish S. Shah <br><br> Hon. Sheila M. Finnegan |

## JOINT STATUS REPORT ON DISCOVERY

NOW COME all parties, by their undersigned counsel, and submit the following joint status report on discovery:

### DISCOVERY COMPLETED THUS FAR

1) All parties have served their Mandatory Initial Discovery Pilot Project disclosures.

2) Plaintiff issued his first set of Requests for Production to Defendant City in September, followed by Interrogatories and Requests for Production to all Defendants in October.

3) Defendant City responded to Plaintiff's first set of Requests for Production.

4) Defendants' responses to Plaintiff's additional discovery requests have not yet come due.

### DISCOVERY LEFT TO COMPLETE

1) The parties contemplate additional written discovery to issue and then to begin conducting depositions.

# UNRESOLVED LITIGATION ISSUES

1) Consistent with the schedule set at the last status hearing, the City moved for bifurcation on October 18 before Judge Shah and Plaintiff filed his Response on November 5. After Defendant City files its Reply on November 12, the Motion for Bifurcation will be fully briefed.

2) Two of the individually named Defendants to this suit, Michael Kill and Thomas Pack, were deceased prior to the filing of this lawsuit. Consistent with Judge Shah's direction, an appropriate heir to Defendant Kill's estate has been identified and she has been provided with proper notice of the suit.

3) Defendant City has explored the possibility of stipulating to indemnifying any award against these two deceased Defendants, as has been done in another case against Defendant Kill, and Plaintiff is agreeable to that suggestion. The City has requested additional time to consider that stipulation.

4) The parties have not yet agreed to a protective order in this case, but will do so shortly or, if they cannot agree, bring a motion to this Court's attention.

5) As discussed at the initial status hearing with this Court, the parties note that Plaintiff's criminal co-defendant Arnold Day filed his own lawsuit on November 5, 2019 (19 C 7286). That lawsuit includes allegations involving the murder investigation underlying this lawsuit, and there may be overlapping discovery issues between the two cases that will need to be addressed at a later time when the issues are sharpened.

In light of the current status of discovery, the parties request that this Court reset the status conference currently scheduled for November 12, 2019 to a date in mid-December.

Dated: November 8, 2019                                    Respectfully Submitted,

| ANTHONY JAKES | CITY OF CHICAGO |
|---|---|
| By: /s/ *Russell Ainsworth* | By: /s/ *Jeffrey N. Givens* |
| One of His Attorneys | One of Its Attorneys |
| | |
| Arthur Loevy | James G. Sotos |
| Jon Loevy | Jeffrey N. Given |
| Russell Ainsworth | Sara J. Schroeder |
| Heather Lewis Donnell | Joseph M. Polick |
| Alison R. Leff | George J. Yamin, Jr. |
| LOEVY & LOEVY | The Sotos Law Firm, P.C. |
| 311 N. Aberdeen St., 3rd Floor | 141 W. Jackson Bld., Ste. 1240A |
| Chicago, IL 60607 | Chicago, IL 60604 |
| (312) 243-5900 (phone) | (630) 735-3300 (phone) |
| arthur@loevy.com | jsotos@jsotoslaw.com |
| jon@loevy.com | jgiven@jsotoslaw.com |
| russell@loevy.com | sschroeder@jsotoslaw.com |
| heather@loevy.com | jpolick@jsotoslaw.com |
| alison@loevy.com | gyamin@jsotoslaw.com |

KENNETH BOUDREAU, LOUIS CAESAR,
MICHAEL DELACY, KEN BURKE and
FRED BONKE

By: */s/ Brittany D. Johnson*
       One of Their Attorneys

Eileen E. Rosen
Patrick R. Moran
Andrew J. Grill
Brittany D. Johnson
Rock, Fusco & Connelly, LLC
321 N. Clark St., Ste. 2200
Chicago, IL 60654
(312) 494-1000 (phone)
erosen@rfclaw.com
pmoran@rfclaw.com
agrill@rfclaw.com
bjohnson@rfclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2019, I caused the foregoing document to be electronically filed, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Brittany D. Johnson*