

**Heather Lewis Donnell <heather@loevy.com>**

## Jakes - punitive damages proposal

**Heather Lewis Donnell** <heather@loevy.com>　　　　　　　　　　　　Thu, Dec 10, 2020 at 3:13 PM
To: Andrew Grill <agrill@rfclaw.com>, "Brittany D. Johnson" <bjohnson@rfclaw.com>
Cc: "Patrick R. Moran" <pmoran@rfclaw.com>

Andrew/Brittany

I was writing to request that you guys let me know about the punitive damages proposal. And, if you wish to confer, to give me a call on my cell: 312-339-8112.

Thanks,

Heather

--
Heather Lewis Donnell
**LOEVY & LOEVY**
311 North Aberdeen
Third Floor
Chicago, Illinois 60607
Tel: 312-243-5900
Fax: 312-243-5902
heather@loevy.com

EXHIBIT 6



**Heather Lewis Donnell <heather@loevy.com>**

## Jakes - punitive damages proposal

**Andrew Grill** <agrill@rfclaw.com>                                         Thu, Dec 10, 2020 at 3:25 PM
To: Heather Lewis Donnell <heather@loevy.com>, "Brittany D. Johnson" <bjohnson@rfclaw.com>
Cc: "Patrick R. Moran" <pmoran@rfclaw.com>

Heather,
We've been discussing your proposal on our end and we need more time to discuss this with our clients.
We can let you know our position next week.
-Andrew

Andrew J. Grill
**Rock Fusco & Connelly, LLC**
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.970.3422 (office) I 312.494.1001 (fax)
708.710.7838 (cell)
agrill@rfclaw.com I http://www.rfclaw.com

_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Thursday, December 10, 2020 3:13 PM
**To:** Andrew Grill <agrill@rfclaw.com>; Brittany D. Johnson <bjohnson@rfclaw.com>
**Cc:** Patrick R. Moran <pmoran@rfclaw.com>
**Subject:** Jakes - punitive damages proposal

[Quoted text hidden]



**Heather Lewis Donnell <heather@loevy.com>**

## Jakes - punitive damages proposal

**Heather Lewis Donnell** <heather@loevy.com>   Thu, Dec 10, 2020 at 3:34 PM
To: Andrew Grill <agrill@rfclaw.com>
Cc: "Brittany D. Johnson" <bjohnson@rfclaw.com>, "Patrick R. Moran" <pmoran@rfclaw.com>

Thanks, Andrew. Will Defendants then agree that the parties stipulated to postpone the filing deadline as to just Rog. 7 and RFP. No. 33 until Defendants have had sufficient time to confer with their clients and get back to us on our proposal of today's date?

[Quoted text hidden]



**Heather Lewis Donnell <heather@loevy.com>**

## Jakes - punitive damages proposal

**Andrew Grill** <agrill@rfclaw.com>                                    Thu, Dec 10, 2020 at 3:39 PM
To: Heather Lewis Donnell <heather@loevy.com>
Cc: "Brittany D. Johnson" <bjohnson@rfclaw.com>, "Patrick R. Moran" <pmoran@rfclaw.com>

That's fine.  Thanks.

Andrew J. Grill
**Rock Fusco & Connelly, LLC**
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.970.3422 (office) I 312.494.1001 (fax)
708.710.7838 (cell)
agrill@rfclaw.com I http://www.rfclaw.com

_____

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail (or the person responsible for delivering this document to the intended recipient), you are hereby notified that any dissemination, distribution, printing or copying of this e-mail, and any attachment thereto, is strictly prohibited. If you have received this e-mail in error, please respond to the individual sending the message, and permanently delete the original and any copy of any e-mail and printout thereof.

**From:** Heather Lewis Donnell <heather@loevy.com>
**Sent:** Thursday, December 10, 2020 3:34 PM
**To:** Andrew Grill <agrill@rfclaw.com>
**Cc:** Brittany D. Johnson <bjohnson@rfclaw.com>; Patrick R. Moran <pmoran@rfclaw.com>
**Subject:** Re: Jakes - punitive damages proposal

[Quoted text hidden]