**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTHONY JAKES ) | |
| ) | Case No. 19 CV 02204 |
| Plaintiff, ) | |
| ) | Hon. Manish S. Shah |
| ) | |
| vs. ) | |
| ) | Magistrate Sheila M. Finnegan |
| ) | |
| KENNETH BOUDREAU, ESTATE OF MICHAEL ) | JURY DEMAND |
| KILL, LOUIS CAESAR, THOMAS PACK, ) | |
| MICHAEL DELACY, KEN BURKE, FRED ) | |
| BONKE, CITY OF CHICAGO, and UNKNOWN ) | |
| EMPLOYEES OF THE CITY OF CHICAGO ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CITY OF CHICAGO'S RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

**Exhibit List**

Exhibit A        Time & Attendance record from Caesar personnel file

Exhibit B        A&A" record from Burke CR

Group Exhibit C  Retention Schedules

Exhibit D        Records Disposal Certificates

Exhibit E        Saunders Minute Order (*Saunders v. City of Chicago, et al.,* 12 C 9158)

Exhibit F        Ezell Memorandum Opinion *(Ezell v. City of Chicago, et al.,* 18 C 1049)

Exhibit G        Plaintiff's December 3, 2020 Correspondence

Exhibit H        Minute Order in DeLeon-Reyes (*De-Leon Reyes v. Halvorsen, et al.,* 18 C 1028)