*Jakes v. Boudreau, et al.,* 19 CV 02204

# EXHIBIT A

**2002 SWORN SUPV. TIME ATTENDANCE RECORD** # 01024

RES 008 EMP

9171 UNIT 192 SSN

CSD 16MAY75 SEN 07AUG98

CITY_JAKES 22203