*Jakes v. Boudreau, et al.,* 19 CV 02204

# EXHIBIT **B**

# ATTENDANCE & ASSIGNMENT RECORD
## CHICAGO POLICE DEPARTMENT

**UNIT:** 005 DISTRICT 005 — 727 E 111TH STREET
**PAYROLL NO.:** 1180
**DATE:** 08 MAR 94
**PAGE:** 16

| WATCH | STAR NO. | NAME | PRESENT FOR DUTY | TITLE CODE | SOCIAL SECURITY | DAY OFF 8082 | OTHER ABSENCE | ABSENCE EXPLANATION AND/OR COMP. TIME WORKED | ASSIGNMENT DESCRIPTION | CAR NO. | BEAT NO. | TEMPORARY CHANGE OF WATCH ASSIGNMENT OR ADDITIONAL ASSIGNMT. EXPLANATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 01208 | | | 9171 | | X | | | SUPV SERGEANT | | | |
| 4 | 01599 | | | 9171 | | X | | | SUPV SERGEANT | | | |
| 4 | 11069 | | | 9161 | | | | | DETAILED OUT | | | DETAIL TO 176 |
| 4 | 03772 | | | 9161 | | | | | DETAILED OUT | | | DETAIL TO 176 |
| 4 | 13961 | | | 9161 | | | | | P.O. DIST TACT | 4171 | 563D | 1700-0130 |
| 4 | 12675 | | X | 9161 | | | | | P.O. DIST TACT | 3798 | 561E | 0900-1730 |
| 4 | 14731 | | X | 9161 | | | | CE 1-5 07mar94 | P.O. DIST TACT | 4876 | 563C | 1700-0130 |
| 4 | 16013 | | X | 9161 | | | | | P.O. DIST TACT | 2715 | 563A | 1700-0130 |
| 4 | 05359 | | X | 9161 | | | | | P.O. DIST TACT | 2715 | 563A | 1700-0130 |
| 4 | 14314 | | | 9161 | | X | | | P.O. DIST TACT | | | |
| X 4 | 17488 | | X | 9161 | | | | 47 worldcupTraining | P.O. DIST TACT | | | 0800-1630 |
| 4 | 02747 | | X | 9161 | | | | CC 1-5 07mar94 | P.O. DIST TACT | 4876 | 563C | 1700-0130 |
| 4 | 03323 | | | 9161 | | X | | | P.O. DIST TACT | | | |
| 4 | 05694 | | | 9161 | | X | | | P.O. DIST TACT | | | |
| 4 | 11789 | | | 9161 | | X | | | P.O. DIST TACT | | | |
| 4 | 11702 | | | 9161 | | X | | | P.O. DIST TACT | | | |
| 4 | 11292 | | X | 9161 | | | | | P.O. DIST TACT | 4171 | 563D | 1700-0130 |
| 4 | 01803 | | X | 9171 | | | | | SGT DIST. TACT. | 2903 | 563 | 1700-0130 |
| 4 | 03201 | | | 9161 | | X | | | P.O. DIST TACT | | | |
| 4 | 09262 | | | 9161 | | X | | | P.O. DIST TACT | | | |
| 4 | 10960 | | | 9161 | | X | | | P.O. DIST TACT | | | |
| 4 | 07245 | | X | 9161 | | | | | P.O. DIST TACT | 2715 | 563A | 1700-0130 |

CRH 207369 ATT. 5

**DISCIPLINARY CODES:**
75-SUSPENSION W/O PAY
75A-SUSPENSION OPTION WORKING REGULAR D.O.
76-EXCUSED FROM DUTY W/O PAY (AS ORDERED BY I A D )
77-EXCUSED FROM DUTY W/O PAY (INCL. SUMMARY PUNISHMENT W/O PAY)
78-SUMMARY PUNISHMENT W/O PAY (WORKING IN LIEU OF D.O.)
79-ABSENT WITHOUT PERMISSION W/O PAY

**ABSENCE CODES:**
80-DAY OFF
81-DAY OFF COMP TIME
82-ANNUAL VACATION
83-SICKNESS INJURED NOT ON DUTY
84-INJURED ON DUTY
85-SICKNESS IN FAMILY (SWORN MEMBERS ONLY)
86-DEATH IN FAMILY
87-MILITARY LEAVE
88-JURY DUTY
89-EXCUSED FROM DUTY NON DISCIPLINARY
90-BABY FURLOUGH DAY
91-PERSONAL DAY
92-EXCUSED W/O SUPV APPROVAL
93-MARRIAGE LEAVE
94-DAY-OFF HOLIDAY WITH PAY
95-LEAVE OF ABSENCE

**TERMINATION CODES:**
96-RETIREMENT
97-RESIGNATION
98-DISCHARGED
99-DEATH

SIGNATURE OF WATCH COMMANDER OR UNIT HEAD: *[signature]* A 440

CITY_JAKES 18827