*Jakes v. Boudreau, et al.,* 19 CV 02204

# GROUP EXHIBIT C

# CHICAGO POLICE DEPARTMENT
# FORMS RETENTION SCHEDULE
# JANUARY 1991

1. Department forms will be retained as indicated in this schedule. However, forms that are kept in a file that has a retention longer than the individual form will be retained for the file retention. The numbers listed within the retention column of this schedule are Application Item Numbers assigned by the Local Records Commission in the approved Application for Authority to Dispose of Local Records. These Item Numbers must be used in preparing the Records Disposal Certificate (CPD-31.409) before records can be destroyed (refer to the Department Special Order entitled "Records Management" for procedures). For forms listed in this schedule that do not carry an Application Item Number, contact the Forms Unit, Research and Development Division. The Forms Unit files an Application for Authority to Dispose of Local Records with the Local Records Commission on a quarterly basis in order to obtain Application Item Numbers for new forms.

2. The requirements of this schedule apply primarily to original documents. When there are no retention instructions for carbon or machine copies of individual forms, the copies may be retained or destroyed at the discretion of the unit's commanding officer, provided that:
    a. copies of forms are not kept longer than the originals, and
    b. retention of copies does not result in requests for additional filing equipment and storage space.

3. Unless otherwise specified, forms will be maintained in operating units. Forms which accumulate rapidly and which must be maintained for relatively long periods may be transferred to the Records Storage Center. Some of these forms are individually identified in the retention schedule; for example, "2 years unit, 3 years Records Storage" means that the forms will be kept in the unit for 2 years, then transferred to the Records Storage Center and kept there for an additional 3 years. Application for Authority to Dispose of Local Records Item Numbers are also needed for the proper preparation of the Records Storage Label (CPD-31.601) to store records in the Records Storage Center.

4. The retention instruction "File" means that this form will be retained until the basic file is destroyed. Example: A Supplementary Report will be filed with the original case report and destroyed at the same time the case report file is destroyed.

5. Forms that are not retained, i.e., form letters sent to citizens, certificates given to Department members, etc. are not listed in this schedule.

6. If this schedule conflicts with a Department directive, procedures contained in the Department directive will be followed.

| indicates new or revised item.

## NUMERIC FORMS INDEX

A numerical listing of Department forms with revision dates at time of publication follows the Retention Schedule.

NOTE: Form numbers are assigned as indicated below:

| | | | | | |
|---|---|---|---|---|---|
| Department Wide | 11.--- | Communications Division | 32.--- | Auditing & Internal Control Div. | 42.--- |
| Superintendent's Office | 12.--- | Electronics Maintenance Division | 32.8-- | Vice Control & Narcotics | 43.--- |
| Patrol Division | 21.--- | Crime Laboratory Division | 33.--- | I.A.D. & O.P.S. | 44.--- |
| Traffic Division | 22.--- | General Support Division | | Neighborhood Relations Div. & | |
| | | Auto Pounds | 34.3-- | Beat Rep. Program Div. | 51.--- |
| Detective Division | 23.--- | Central Detention | 34.4-- | Preventive Programs Division | 52.1-- |
| Youth Division | 24.--- | Evidence & Rec. Property | 34.5-- | Sr. & Disabled Citizens Services Div. | 52.3-- |
| | | | | Special Activities Unit | 53.--- |
| Records Division | | Equip. & Supplies | 34.6-- | Finance Division | 61.--- |
| Field Inquiry | 31.1-- | Document Services | 34.65- | Personnel Division | 62.--- |
| Records Inquiry | 31.4-- | Reprod. & Graphic Arts | 34.7-- | Training Division | 63.--- |
| Records Processing | 31.62- | Motor Maintenance Division | 35.--- | Property Management Division | 64.--- |
| Identification | 31.7-- | Organized Crime & Intelligence | 41.--- | Data Systems Division | 65.--- |

**THIS SCHEDULE RESCINDS AND REPLACES ALL PREVIOUS RENTENTION SCHEDULES**

| RECORD | FORM NO. | RETENTION | | RECORD | FORM NO. | RETENTION | |
|---|---|---|---|---|---|---|---|
| Aban. Autos Towed/Daily Report | 34.308 | 1 year | 2040 | Arrest Information | 11.430 | Permanent | 1711,7012 |
| Acad. Selection Brd. Applictn. | 11.645 | 5 years | 659 | Arrest Record (Form Letter) | 31.421 | 10 years | 2915 |
| Accomplishment/Deficiency | 23.112 | Destroy after quarter evaluation | 1303 | Arrest Record Index | 11.431 | Permanent | 401, 411 |
| Accomplishment Deficiency Log | 23.113 | 1 yr. after transfer out of division | 1304 | Arrest Report (Orig. White) | 11.420 | 2 yrs. Ident.,6 yrs. Records Storage; non-statutory-permanent; 4033 juvenile-legal age + 1 yr. | 636 |
| Acting in a Higher Rated Position | 11.646 | 2½ years | 7061 | | | | |
| Active Criminal Warrants Listing | DPOL 1276 | Until superseded | 2964 | | | | |
| Activity Report - Coding | 65.326 | 6 periods | 6769 | | | | |
| Activity Report-Keypunch-Verifying | 65.351 | 1 period | 6771 | (Buff) | 11.420 | 6 periods | 636, 1695 |
| Additional Positions Justification | 61.201 | 3 years | 1858 | (Green) | 11.420 | 6 periods | 636 |
| | | | | (Blue) | 11.420 | Until white copy is returned | 636 |
| Adjustmt. & Correction Sheet, Inventoried Property | 34.531 | File (Prop. Inv.) | 2146 | (Pink & Goldenrod) | 11.420 | Destroy if arrestee is released w/o. charg. others-6 mos. | 636 |
| Administrative Investig. Review | 22.312 | 1 year | 1353 | | | | |
| Administrative Proceedings Rights | 44.105 | File (Compl. Reg.) | 6683 | Arrest Report Audit | 31.900 | 8 years | 4024 |
| Advisement of Rights | 11.482 | 3 yrs. after case closed | 424 | Arrest Report Correction Index | 31.901 | 6 periods | 2952 |
| | | | | Arrestee Medical Clearance Report | 11.524 | 3 years | 7032 |
| Affidavit/First Amendmt. Judgment (Sworn) | 62.130 | File (Pers. Jacket) | | Arrestee Phone Call Log | 11.518 | 1 period unit, + 10 yrs. Records Storage | 2070 |
| Affidavit/First Amendmt. Judgment (Civilian) | 62.131 | File (Pers. Jacket) | | Arrestee Photo Data Card | 34.426 | 6 periods | 2059 |
| Affidavit of Employment | 31.563 | W./Gun Registr. | 2929 | Arrestee Receiving Log | 34.440 | 3 years | 2172 |
| Affidavit of Spec. Police-Railroad | 62.263 | Termination of employment | 6517 | Arson Hotline Report | 23.257 | File (Case Report)-permanent | 344 |
| AFIS Latent Print Layout | 31.817 | Permanent | 2959 | Assignment & Attendance Report/Teletype Unit | 32.605 | 1 period | 1926 |
| Agency Referral Contr. Rept. & Mass Arrest Report | 24.104 | 6 periods | 568, 647 | Assignment/Check Off Summary, 008 | 21.9324 | 1 period | 6300 |
| | | | | Assignment/Check Off Summary, 009 | 21.9310 | 1 period | 6317 |
| Agreement-Vol. Submission for Drug Screen | 44.151 | File (Unit Personnel Jkt.) | 2401 | Assignment Check Off Summary, 019 | 21.9605 | 1 period | 6308 |
| Air Conditioner Refr. Log, 4th Area HQ | 64.124 | 6 periods | 7308 | Assignment Check Off Summary, 012 | 21.9415 | 1 period | 6305 |
| | | | | Assignment/Check Off Summary, 025 | 21.9545 | 1 period | 6307 |
| Airport Tow Report | 21.9507 | 60 days | 67 | Assignment Roster, 010 | 21.9401 | 1 period | 6301 |
| Alcoholic Influence Field Rep. (Officer's copy) | 22.117 | 10 years | 233 | Assignment Roster, 020 | 21.9610 | 1 period | 6309 |
| | | | | Assignment Roster, 023 | 21.9615 | 1 period | 6310 |
| Alcoholic Influence Report, (Officer's copy) | 22.116 | 10 years | 222 | Assignment Schedule-Field Inquiry | 31.111 | 6 months | 906 |
| | | | | Assignment Schedule, Traffic Div. | 22.104 | 1 year | 193 |
| Ammunition Report | 63.340 | Until no longer useful | 6741 | Assignment Schedule, 005 | 21.9203 | 1 period | 6297 |
| | | | | Assignment Sheet, Preventive Programs | 52.206 | 1 period | 5151 |
| Analytical Report of Tows -Daily | 34.301 | 6 periods | 2044 | Attendance & Assignment Change Notice | 11.607 | 6 months | 824 |
| Animal Bite Information | 34.226 | 1 year | 2200 | | | | |
| Animal Inventory (pink) | ACC-3230-34 | 30 days | 7053 | Attendance & Assignment Checklist | 61.415 | 60 days | 825 |
| Annual Accident Record by Unit | 35.312 | 3 years | 1166 | Attendance & Assignment Record (original) | 11.605 | 7 years & audit (1 period unit, balance Records Storage) | 810 |
| Annual Furlo.Appl./Ex.Pers. | 11.610 | Upon return from furlo | 384 | | | | |
| Applicant Fingerprint Card (replaced by Fingerpr. Card 31.813) | 31.815 | 5 yrs. after termination of employment or revocation or expiration of license | 4030 | (Unit copy) | 11.605 | 6 periods | 93,97,358, 435,573,1795,756,1078, 1095,4018 |
| | | | | Attending Physician's Statement | 62.445 | File (Med. Jacket) | 6551 |
| | | | | Auction Sales Record | 34.549 | 7 yrs. & Audit | 2027 |
| Applicant Questionnaire | 62.200 | File (Pers. Jacket) (if rejected 5 yrs.) | 881, 895 | Audio Cassette Tape Envelope | 41.367 | 1 yr. after conclusion of case | |
| Applicant Questionnaire/Canine Unit | 21.412 | 6 mos. | 6315 | Audit Sheet of Missing Reports | 31.678 | 7 years | 3094 |
| | | | | Authorization for First Amendment Investigation | 11.437 | 10 years | 7014 |
| Applicant's Acknowledgment | 43.702 | 1 yr. after expiration of license | 420 | Authorization for Release of Military & Medical Information | 62.177 | File (Personnel Jacket) | 6503 |
| Application for Appointment of Special Police | 62.252 | 2 yrs. after termination of employment/5 yrs.after revocation or denial | 6512 | Authorization for Traffic Accident Report Copies | 31.550 | 2 years | 3019,3020 |
| Application for Authority to Dispose of Local Records | 31.408 | Permanent | 2961 | (green & gold) | 31.550 | 3 periods | 2953 |
| | | | | Auto Desk Activity Control | 31.241 | 1 period | 2908,916 |
| Application for Media Veh. Card | 13.409 | 2 yrs. after expiratn. | 8 | Auto Theft Inquiry Log/Point to Point | 32.516 | 6 periods | 1919 |
| Application for News Media I.D. | 13.408 | 2 yrs. after expiratn. | 8 | | | | |
| Application for Police Certificate | 31.420 | 6 periods | 3047 | Autozap Request | 65.222 | 1 year | 6777 |
| Application for Special Police/Not for Profit Org. | 62.265 | Termination of employment | 6518 | Aux. Police Aide Application | 62.165 | File (Unit Pers. Jkt.) | 6562 |
| | | | | Aux. Police Aide Applic. Interview | 62.165-A | File (Unit Pers. Jkt.) | 6563 |
| Application/Gang Crime Section | 41.515 | Until no longer useful | 1401 | Aux. Police Aid/Physician's Eval. Rec. | 62.166 | File (Unit Pers. Jkt.) | 6564 |
| | | | | Aux. Police Aide Uniform Authorization/Voucher | 62.167 | File (Unit Pers. Jkt) | 6565 |
| Application/Laboratory Technician | 33.116 | 4 years | 4188 | | | | |
| Application/Org. Crime Div. | 41.300 | 5 yrs. after interview | 390 | (copy) | 62.167 | File (Purch. Req.) | 6565 |
| Application-Participation in Spanish Language Program | 63.423 | 5 yrs. | 6746 | Auxiliary Unit Stock Record | 34.616 | 6 periods | 3102 |
| | | | | Awards Committee Reply | 11.619 | 1 period | 7045 |
| Application/Police Dispatcher-Dispatcher Aide | 32.425 | 5 years | 1915 | Background Report | 41.100 | Permanent | 1392 |
| | | | | Base Station Key Request | 32.409 | 1 year | 1906 |
| Appointment of Special Police-Railroad | 62.262 | 1 year | 6516 | Bail Bond Receipt Book | D.N.A. | 1 year | 7054 |
| | | | | Beat Book Inspection Log | 21.928 | 1 period after last entry | 6285 |
| Appraisal of Health History | 62.424 | File (Medical Jacket) | | Beat Information Sheet | 21.927 | All copies: 1 period after beat change | 6284 |
| Appropriation Ledger | 61.218 | Permanent | 1860 | | | | |
| Approval for "Ride-Along" Participant (News Affairs) | 13.402 | 1 years | 7201 | Behavioral Alert System Counseling Record | 11.665 | 1 year | 7070 |
| Approval for "Ride-Along" (P.I.I.D.) | 53.340 | 1 year after use | 5023 | Bicycle Registration Card | 31.571 | 5 yrs. after expir. of registr. | 3032 |
| Area Assignment Roster | 24.124 | 1 year | 1605 | | | | |
| Arrest Control Set (Central Booking No.) (White) | 31.200 | 1 year | 907, 3052 | Bimonthly Sr. Crime Victim Rec. | 52.306 | 18 mos. | 5143 |
| (Yellow) | 31.200 | 72 hours | 907, 3052 | Bimonthly Sgt.'s Activ. Report | 52.307 | 18 mos. | 5144 |
| (Buff) | 31.200 | Permanent | 907, 3052 | Biographical Index | 12.120 | Until no longer useful | 6164 |

| RECORD | FORM NO. | RETENTION | RECORD | FORM NO. | RETENTION |
|---|---|---|---|---|---|
| Notification-Advocate Section (Orig.) | 44.509 | Conclusion of investig. File (C.R. or S.P.A.R.) 2410 | Parking Meter Operative/Pay Citation | 22.812 | 2 years 174 |
| (copy) | 44.509 | 60 days 639 | Parking Violation Notice Receipt | D.N.A. | As per Dept. Notice (no less than 6 mos.) 1363 |
| Notification of Agency Referral | 24.107 | File (C.R.) 6711b | Part Returned Tag | 35.159 | Until no longer useful 1161 |
| Notification of Appointment/C.R. Investigation (white) | 44.287 | | | | |
| (yellow) | 44.287 | 30 days 6711b | Participant's Acknowledgment/ Volunt. Special Employment | 11.644 | File (Unit Personnel Jkt.) 7060 |
| (gold) | 44.287 | until white returned 6711b | Patrol Telephone Reports | 21.902 | 1 period 6275 |
| Notification of Arrest Warrant | 21.201 | Until offender arrested 6348 | Pawn Shop Check | 31.566 | 1 year 2930 |
| Notification of Charges/Allegations | 44.115 | File (Compl. Reg.) 6689 | Pawned Article Inquiry/Transmittal | 31.581 | 1 week 3042 |
| Notification of Complaint Review Panel Hearing (all copies) | 44.500 | 1 period after hearing 6704 | Pawned/Lost Article Tracer | 23.876 | 3 years 1336 |
| Notification of Court Absence | 11.560 | 1 period after filled 7039 | Pawnshop & Resale Store Subject | 23.874 | 3 years 278 |
| Notification of Duty Restrictions (orig.) | 44.301 | File (C.R.) 2404 | Pellet Envelope | 33.407 | File (Prop. Inventory) 4219 |
| (copy) | 44.301 | Conclusion of investig. 2404 | Performance Counseling Record | 40.105 | 5 yrs. 373, 381, 430, 1655 |
| Notification of Error/Traffic Cit. | 22.804 | 1 year 180 | Performance Evaluation-Period Summary | 11.632 | 6 periods 7048 |
| Notification of Legal Action to Recover Damages | 62.388 | File (Personnel Jkt.) 6531 | Performance Rating Card | 62.359 | 25 years 6559 |
| Notification of License Application | 43.701 | 1 yr. after expiration of license 420 | Performance Evaluation | PER-95 | 5 years 7063 |
| | | | Performance Evaluation- Supv. | PER-96 | 5 years 7064 |
| Notification of Private Tow | 31.245 | 6 periods 934 | Period Activity Report-Court Section | 21.615 | 3 years 6350 |
| Notification of Reprimand (orig.) | 11.636 | 5 years 7049 | Period Performance Activity | 22.105 | 5 years 195 |
| (unit copy) | 11.636 | 1 year 7049 | Period Performance Ranking | 41.711 | 5 years 373, 381, 1655 |
| Notification of Transmittal | 62.377 | 1 yr. after case closed 6529 | Period Report-Disciplinary Action/ Minor Infraction | 21.114 | 18 months |
| Notification on Article 1505 | 34.321 | 1 year 2037 | Period Strength Report | 11.660 | 14 periods 127, 245, 391, 394, 1730, 1771, 708, 853 1071, 2000, 2010, 5043 |
| Notification on Article 36 Veh. | 34.302 | 1 year 2037 | | | |
| Notification/Owner of Recov. Stolen Vehicle | 21.925 | 3 periods 6282 | Period Summary of Overtime Worked | 42.520 | 2 yrs. & after audit 357, 383, 590, 718 851, 5041 |
| Notification-Recall of Criminal Warrants | 31.258 | 7 years 2909 | Period Work Schedule | 31.702 | 6 periods 2942 |
| Notification Relative to Police Board Hearing | 44.501 | 1 year 6705 | Personal Background Questionnaire | 11.614 | File (Personnel Jkt.)7043 |
| | | | Personal History Questionnaire | 62.152 | File (Personnel Jkt.); if rejected 3 yrs. 6500 |
| Notification Re: C.R. Investigation | 44.217 | File (Compl. Reg.) 6698 | Personal Property Envelope | 11.500 | Destroy after use 7027 |
| Notification-Stolen Veh. Rec. Msg. | 34.339 | 1 yr. after dispos. 2206 | Personal Property Receipt (yellow - book) | 11.502 | 1 yr. after last entry 2066 |
| Notification to Issue Property Inventory Book | 34.518 | Until book issued 2033 | Personal Radio/Shotgun Log | 21.919 | 1 period 570 |
| Notification to Reclaim Vehicle | 34.307 | 1 year 2037 | Personal Service Citation (Dept. copy) | D.N.A. | 2 yrs. & after audit 3048 |
| Oath of Office | 62.153 | File (Personnel Jkt.) 6501 | Personnel Action Request (pink - orig.) | 11.612 | File or 1 yr. depending on type of action** 92, 826, 4015 |
| Offense/Offender Report | 24.405 | 2 years 1609 | | | |
| Officer Battery Report (orig.) | 11.451 | 2 yrs. 685 | (green) | 11.612 | Until white returned 92, 826, 4015 |
| (unit copy) | 11.451 | 1 year 1662, 1701, 1788 | | | |
| (OPS copy) | 11.451 | 1 year unless litig. 38, | (white) | 11.612 | 1 yr. or duration of leave 92, 826, 4015, 1714, 745, 1079 |
| Officer Friendly Daily Act. Report | 51.311 | 1 period 5166 | | | |
| Officer Friendly Weekly Schedule | 51.310 | 6 periods 5165 | Personnel Assignment, Communic. | 32.406 | 1 year 1904 |
| Officer's Daily Activity Report/ Preventive Programs | 52.188 | 6 months 5149 | Personnel Assignments, Patrol Div. | 21.654 | 1 period 6271 |
| | | | Personnel Available for Assignment | 32.412 | 1 period 1908 |
| Officer's Election Activity Report | 21.940 | 1 period 6291 | Personnel Card | 11.600 | Retain in member's unit; File (Personnel Jkt.) after termination 560, 797, 5015 |
| Officer's Period Activ./ Gang Crime S. | 21.388 | 5 years 6328 | | | |
| O.L.A. Inquiry Record | 12.126 | 6 months 6167 | | | |
| Operating Engineer's Log-Area 2 Ctr. | 64.108 | 1 year 7302 | Personnel Change Notice | 11.611 | File (Personnel Jkt.) 827 |
| Operator's Daily Production/IBM Unit | 22.821 | 13 periods 1344 | Personnel Concerns Progr. Control | 62.218 | 1 year 6508 |
| Order for Radio Shop Service | 32.803 | Until service compl. 1929 | Personnel Control Card | 44.208 | Until termination of employmt. 6696 |
| Order Requisition | 35.157 | 1 year 1160 | | | |
| Ordinance Complaint | | | Personnel Correction | 32.404 | Until transferred 1902 |
| (gold Dept.copy) | D.N.A. | 3 periods 68a | Personnel Data Entry Worksheet | 62.326 | 1 Month after entry into system 6519 |
| (pink Dept. copy) | D.N.A. | 3 periods after adjudication 68a | Personnel Index | 11.613 | Until transferred 7042 |
| (blue officer's copy) | D.N.A. | 6 mos. after last entry in book 68a | Personnel Jacket | D.N.A. | 5 yrs. after termination/death; work history record & payroll records-permanent. Sworn 871, Civilian 872, Crossing Guards 873 |
| Ordinance Complaint Delivery Receipt | 34.601 | 2 years 3100 | | | |
| Organized Crime Case Folder | 43.418 | 5 yrs. after case closed 423 | | | |
| | | | Personnel Orders (original) | D.N.A. | 2 years 869 |
| Out of File Indicator | 31.554 | Until filled 2925 | Personnel Photograph Card | 62.328 | Until no longer useful 6520 |
| Out of Grade Work Authorization | 11.639 | 2½ years 7051 | | | |
| Out of Town Request | 61.324 | 7 years 1874 | Personnel Strength Report | 11.654 | 1 year 380, 394 |
| Overtime Authorization Log | D.N.A. | 2 yrs. after last entry 690, 701, 1718, 1762 | Phone Notif. Received-Off. Unable to Appear | 21.611 | 1 year 6336 |
| Overtime/Comp. Time Report | 11.608 | 2 yrs. & after audit 115, 398, 431, 598, 716, 745, 841, 1008, 1076, 1098, 2071, 4001, 5045 | Photo Assignment Record | 34.708 | 10 years 2052 |
| | | | Photo Control Record | 21.383 | 5 years 6247, 1699 |
| | | | Photo Identification Card | 33.715 | Destroy after use 4209 |
| Overtime/Out of Grade Pay Listing- Sworn | DPOL 8149 | 7 years (Finance copy) 6 months (unit copies) 820 | Photo Lab Equipment Control | 41.115 | Until filled 1397 |
| Civilian | DPOL 8968 | | Photo Lab Equipment Request/ Approval | 41.116 | 1 year 553 |
| Owner Notification Order | 34.545 | 1 period 2150 | Photo Print Request | 41.113 | 1 year 552 |
| Owners Release Authorization | 34.317 | 2 years 2037 | Photocopy Control Log | 11.138 | 3 periods 7003 |
| Palmprint Card | 31.814 | 1 yr. after 80th birthday or death 2957 | Photography Unit Activity Report | 33.716 | 1 year 4210 |
| Palmprint Elimination Card | 33.807 | 1 yr. after 80th birthday or death 4214 | Physical Description/Fingerprint Record | 31.811 | Until 2nd / subsequent arrest, then dispose of, hold new form 2950 |
| Parental/Guardian Consent | 51.406 | 1 year 5168 | | | |
| Parking Meter Complaint | 22.810 | 2 years 174 | | | |
| Parking Meter Defective/Return Citation | 22.813 | 18 Months 1343 | | | |
| Parking Meter Inoperative/Non-Suit | 22.811 | 6 months 174 | | | |

**If regarding excused without pay, disciplinary or transfer request - retain 3 years

| RECORD | FORM NO. | RETENTION | RECORD | FORM NO. | RETENTION |
|---|---|---|---|---|---|
| Staffing Sheet | 15.105 | File (Task) 697 | Tire Change Record | 35.114 | 6 periods 1045 |
| Star Control Card | 62.330 | Permanent 6521 | Tire Exchange Tag | 35.115 | 6 periods 1150 |
| Statement of Accused, Complainant, Witness, Victim | 44.116 | File (Compl. Reg.) 6690 | Towed Vehicle Disposition | 11.452 | 1 year 2037 |
| Statement of Complainant to Terminate Complaint | 44.304 | File (C.R.) 2411 | Traffic Accident Batch Control | 31.658 | 1 period 2937 |
| Statement of Economic Interest (blue) | D.N.A. | 3 years 7069 | Traffic Accident Report (File) | 22.110 | 8 yrs. (2 yrs. unit, 6 yrs. Records Storage) 3051 |
| Statistics for Court Case Evaluator | 22.923 | 1 year 1360 | Traffic Accident Report Control | 31.659 | 1 period 2938 |
| Status Offense-Runaway | 24.416-A | 15 periods 1615 | Traffic Accident Report Reject | 31.651 | 1 period 2936 |
| Status Offense-Ungovernable | 24.416-B | 15 periods 1615 | Traffic Accident Report Tracer | 31.652 | 5 days 3083 |
| Stolen Bicycle Index Card | 31.573 | 3 yrs. or recovery 3033 | Traffic Citation Book Receipt | D.N.A. | As per Dept. Notice (no less than 6 mos.) 1363 |
| Stolen Vehicle Inquiry | 15.501-A | 6 months 7409 | Traffic Court Attendance/ Absentee Report | 22.916 | 1 year 225 |
| Stolen Vehicle Validation | 15.501 | 6 months 7409 | Traffic Court Attendance Log-Assembly Room | 22.917 | 1 year 224 |
| Stop Order Index | 31.962 | Until cancelled 280 | Traffic Court Call Change | 22.901 | 1 period 229 |
| Stop Order or Cancellation Request (original) | 31.961 | 1 year after cancellation 4007 | Traffic Pursuit Report | 22.958 | 2 years 1347, 1790 |
| (copy 2) | 31.961 | Until cancelled 4007 | Traffic Warrant Control Card | 31.260 | 3 years after warrant served/cancelled 929 |
| (copy 3) | 31.961 | Until copy 2 received 4007 | Training Aid Placement Log | 21.414 | 1 yr. after last entry 6353 |
| Storeroom Delivery Memo | 34.603 | 6 periods 1043, 2079 | Training Class Card | 63.200 | 1 year 722 |
| Street Surveillance Log | 41.123 | Until computer entry complete, if no prosecution; if prosec. File (case) 500 | Training Deficiency Notification | 63.345 | 1 year 6786 |
| | | | Training Div. Annual Request | 63.103 | 5 years |
| Student Tuition Reimbursement Computation | 62.351 | 2 years 6570 | Training Explosives Sign Out & Return Log | 21.413 | 1 year after last entry 6352 |
| Summary of Compliment. Letters | 11.627 | 6 periods 7047 | Training Record | 63.101 | 5 yrs. after termination 728 |
| Summary of Daily Coding Activity | 65.325 | 1 year 6768 | Training Schedule | 63.502 | 8 years 6749 |
| Summary of Honorable Mention Awards | 11.626 | 6 periods 397, 592 | Transfer List/Cash Receipts-Motor Vehicle Inventories | 34.331 | 1 period 2039 |
| Summary of Inspections | 23.157 | 6 periods 131 | Transfer List-Recalled Unused Citations | 22.805 | 1 year 176 |
| Summary of Medical Roll Activity | 62.405 | 1 year 6537 | Transfer List-Traffic Accident Reports (white) | 31.660 | 1 period 3081 |
| Summary of Motor Vehicle Accidents | 22.815 | 3 years 1337 | (yellow) | 31.660 | 2 periods 74, 3081 |
| Summary of Patrol Div. Inspections | 21.104 | 6 periods 6234 | (blue) | 31.660 | Until yellow rec'd. 3081 |
| Summary Punishment Action Request | 11.635 | 1 year 1750, 679, 833 | Transfer Listing for Hang-On Citations (white) | 22.803 | 1 yr. & after audit 77, 98 |
| Summary Punishment File | D.N.A. | 1 year 679, 1750 | (yellow) | 22.803 | Upon issuance of Dept. Notice (no less than 6 mos.) 77, 98, 1683, 1782 |
| Summary Punishmt. Issued per Accused's Unit of Assignment | 44.122 | 1 year 6693 | (pink) | 22.803 | Until yellow returned 77, 98 |
| Summary Report/C.R. Investigation (original) | 44.112 | File (Compl. Reg.) 6686 | Transfer Listing for Personal Service Citations (white) | 22.802 | 5 years 76, 98 |
| (copies) | 44.112 | Until no longer useful 6686 | (yellow) | 22.802 | Upon issuance of Dept. Notice (no less than 6 mos.) 76, 98, 1683, 1783 |
| Summary Report Digest (orig.) | 44.112-A | File (Compl. Reg.) 6687 | (pink) | 22.802 | Until yellow returned 76, 98 |
| (copies) | 44.112-A | Until no longer useful 6687 | Transfer Listing for Ordinance Complaints (white) | 31.661 | 3 periods 399, 1781 |
| Supv.'s Report of Medical Absence (orig. Sworn) | 62.401 | File (Medical Jkt.) 840 1097, 4002 | (yellow) | 31.661 | 3 periods 399, 1781 |
| (copy-Sworn & Civilian) | 62.401 | 2 years 840, 1097, 4002 | (pink) | 31.661 | Until yellow returned 399, 1781 |
| Supervisor's Report of Step 1 Grievance (orig.) | 11.643 | 5 yrs. after arbitration settlement 761 | Transfer Request | 21.120 | Until acted upon 6236 |
| (copy) | 11.643 | 1 yr. after arbitration or settlement 761 | Transfer Record Inventoried Property (white) | 64.119 | 5 years 1047, 3000 |
| Supervisory Status | 21.124 | 1 year 6346 | (pink) | 64.119 | 1 year 1047, 3000 |
| Supplementary Report | 11.411-A & B | File (Case Report) 564 | (blue) | 64.119 | 2 years 1047, 3000 |
| (pink copy) | 11.411-A | 60 days 72 | Transmittal/Curfew Violation-School Absentee | 24.112 | 1 period 1602, 1774 |
| Supply Catalog | 34.621 | Until replacement issued 2076 | Transmittal Listing/Alcoholic Influence Report (orig.) | 33.800 | 1 year 4199 |
| Surgeon's Report | 62.425 | File (Personnel Jkt.) 6540 | (copy 2) | 33.800 | Until copy 3 received 4199 |
| Surveillance of Crossing Guards | 21.826 | 1 period 6273 | (copy 3) | 33.800 | 1 year 4199 |
| Surveillance Report/IAD | 44.401 | File (C.R.) 2407 | Transmittal Listing/Laboratory Reports-Except. Cases (orig.) | 33.321 | Permanent 4212 |
| Survey - Chaplain's Unit | 12.123 | Until no longer useful 6165 | (copy 2) | 33.321 | Until orig. returned 4212 |
| Suspect Person/Suspect Vehicle (card) | 11.460 | Until no longer useful 7018 | Transmittal Listing to Traffic Violations Bureau | 22.801 | 3 yrs. & after audit 179 |
| Suspension Notification | 44.102 | File (Compl. Reg.) 53 | Transmittal Report | 41.350 | 1 year 432 |
| System Balancing & Control | 65.229 | Life of System + 1 yr. 739 | Traveling Mechanics Daily Report | 64.118 | 6 periods 1090 |
| Table Definition | 65.296 | 3 years 6784 | Trial Docket | 11.561 | 1 year 7040 |
| Tactical/Enforcement Mission | 21.393 | Update/purge every 6 mos. (Jan, Jul) 6333 | Tuition Reimbursement Application | 62.350 | 18 months 6569 |
| Tape Library Retention Control | 65.217 | Life of System 6762 | 24 Hour Report/Hot Desk Computer System | 31.203 | 1 year 908 |
| Task File | D.N.A. | Permanent 697 | 24 Hour Tow Report-Unauthorized Vehicles | 31.246 | 1 period 933 |
| Task Review Record | 15.112 | File (Task) 7403 | UFO Module Transfer | 65.219 | 1 year 6775 |
| Task Sheet | 15.104 | File (Task) or 7 yrs. 688, 697 | Unacceptable Fingerprint Notif. | 31.820 | 1 period 4020 |
| Telephone Bill Record | 32.700 | 7 yrs. & after audit 987 | Unconfirmed Vehicle Thefts | 31.242 | 6 periods 931 |
| Telephone Bill Record-Cellular Phones | 32.703 | 7 yrs. & after audit 1931 | Unidentified Dead Data Sheet | 24.500 | 10 years 1620 |
| Telephone Control Log | 32.705 | 1 year 1932 | Unidentified Found Person Control | 24.505 | 7 years 1630 |
| Telephone Directory Receipt | 11.113 | 1 year 7002 | Uniform/Equipment Inspection Record (unit copies) | 21.396 | 2 years 6342 |
| Telephone Repair Request | 32.704 | Until Job complete 1927 | (unit copies) | 21.396 | 1 year 6342 |
| Teletype & Facsimile Messages (orig) (copies) | D.N.A. | 1 year 973 1 period/until no longer useful 1686, 5036 | Unit Activity Functions/Justification for Personnel-Current Author. | 61.215 | 3 years 242 |
| Teletype Message | 32.601 | 1 period 1925 | Unit Civ. Members Collective Barg. Agreemt. Log Book | D.N.A. | 1 yr. after last remaining grievance is resolved 770b |
| Time & Attendance Record (Time & Transfer Record) | 11.602} | 2 yrs. after last entry in unit, + 5 yrs. Records Storage* 569, 715, 743, 839, 1003, 2072, 5014 - 7046 | | | |
| Time & Attendance Record/Prevailing Rate | 11.624} | | | | |
| Time Due Slip - See Overtime/Comp. Time Report | | | | | |
| Time Roll (unit copy) | 71 CP10 | 6 mos. after superseded 811, 1728 | | | |

*If member's employment is terminated while card is in unit, transfer card to Personnel Jacket, Personnel Division.

PAGE 11

# CHICAGO POLICE DEPARTMENT
# FORMS RETENTION SCHEDULE
# FEBRUARY 1992

1. Department forms will be retained as indicated in this schedule. However, forms that are kept in a file that has a retention longer than the individual form will be retained for the file retention. The numbers listed within the retention column of this schedule are Application Item Numbers assigned by the Local Records Commission in the approved Application for Authority to Dispose of Local Records. This schedule lists REVISED ITEM NUMBERS. These Item Numbers must be used in preparing the Records Disposal Certificate (CPD-31.409) before records can be destroyed (refer to the Department Special Order entitled "Records Management" for procedures). For forms listed in this schedule that do not carry an Application Item Number, contact the Forms Unit, Research and Development Division. The Forms Unit files an Application for Authority to Dispose of Local Records with the Local Records Commission on a quarterly basis in order to obtain Application Item Numbers for new forms.

2. The requirements of this schedule apply primarily to original documents. When there are no retention instructions for carbon or machine copies of individual forms, the copies may be retained or destroyed at the discretion of the unit's commanding officer, provided that:
   a. copies of forms are not kept longer than the originals, and
   b. retention of copies does not result in requests for additional filing equipment and storage space.

3. Unless otherwise specified, forms will be maintained in operating units. Forms which accumulate rapidly and which must be maintained for relatively long periods may be transferred to the Records Storage Center. Some of these forms are individually identified in the retention schedule; for example, "2 years unit, 3 years Records Storage" means that the forms will be kept in the unit for 2 years, then transferred to the Records Storage Center and kept there for an additional 3 years. Application for Authority to Dispose of Local Records Item Numbers are also needed for the proper preparation of the Records Storage Label (CPD-31.601) to store records in the Records Storage Center.

4. The retention instruction "File" means that this form will be retained until the basic file is destroyed. Example: A Supplementary Report will be filed with the original case report and destroyed at the same time the case report file is destroyed.

5. Forms that are not retained, i.e., form letters sent to citizens, certificates given to Department members, etc., are not listed in this schedule.

6. If this schedule conflicts with a Department directive, procedures contained in the Department directive will be followed.

## NUMERIC FORMS INDEX

A numerical listing of Department forms with revision dates at time of publication follows the Retention Schedule.

NOTE: Form numbers are assigned as indicated below:

| Department Wide | | | | | |
|---|---|---|---|---|---|
| Superintendent's Office | 11.---<br>12.--- | Communications Division<br>Electronics Maintenance Division | 32.---<br>32.8-- | Auditing & Internal Control Div.<br>Vice Control & Narcotics | 42.---<br>43.--- |
| Patrol Division<br>Special Functions Division | 21.000-21.299<br>21.550-21.9650<br>21.300-21.549 | Crime Laboratory Division<br>General Support Division<br>Auto Pounds | 33.---<br>34.3- | I.A.D. & O.P.S.<br>Neighborhood Relations Div. & | 44.--- |
| Traffic Group<br>Detective Division<br>Youth Division | 22.---<br>23.---<br>24.--- | Central Detention<br>Evidence & Rec. Property | 34.4--<br>34.5-- | Preventive Programs Division<br>Finance Division | 52.---<br>61.--- |
| Records Division<br>  Field Inquiry<br>  Records Inquiry | 31.1--<br>31.4-- | Equip. & Supplies<br>Document Services<br>Reprod. & Graphic Arts | 34.6--<br>34.65-<br>34.7-- | Personnel Division<br>Training Division | 62.---<br>63.--- |
|   Records Processing<br>  Identification | 31.62-<br>31.7-- | Motor Maintenance Division<br>Organized Crime & Intelligence | 35.---<br>41.--- | Property Management Division<br>Data Systems Division | 64.---<br>65.--- |

## THIS SCHEDULE RESCINDS AND REPLACES ALL PREVIOUS RENTENTION SCHEDULES

| RECORD | FORM NO. | RETENTION |
|---|---|---|
| Acad. Selection Brd. Application | 11.645 | 5 years 54.7 |
| Accomplishment/Deficiency | 23.112 | Destroy after quarter evaluation 38.6 |
| Accomplishment Deficiency Log | 23.113 | 1 yr. after transfer out of division 38.7 |
| Acting in a Higher Rated Position | 11.646 | 2½ years 11.66 |
| Active Criminal Warrants Listing | DPOL 1276 | Until superseded 97.67 |
| Activity Report-Keypunch-Verifying | 65.351 | 1 period 62.25 |
| Additional Positions Justification | 61.201 | 3 years 68.1 |
| Adjustmt. & Correction Sheet, Inventoried Property | 34.531 | File (Prop. Inv.) 87.14 |
| Administrative Proceedings Rights | 44.105 | File (Compl. Reg.) 10.4 |
| Advisement of Rights | 11.482 | 3 yrs. after case closed 45.3 |
| Affidavit/First Amendmt. Judgment (Civilian) | 62.131 | File (Pers. Jacket) |
| Affidavit of Employment | 31.563 | W./Gun Registr. 97.56 |
| Affidavit of Spec. Police-Railroad | 62.263 | Termination of employment 74.26 |
| AFIS Latent Print Layout | 31.817 | Permanent 97.62 |
| Agency Referral Contr. Rept. & Mass Arrest Report | 24.104 | 6 periods 49.15 |
| Agreement-Vol. Submission for Drug Screen | 44.151 | File (Unit Personnel Jkt.) 10.39 |
| Air Conditioner Refr. Log, 4th Area HQ | 64.124 | 6 periods 84.9 |
| Airport Tow Report | 21.9507 | 60 days 15.4 |
| Alcoholic Influence Field Rep. (all copies) | 22.117 | 10 years 28.14 |
| Alcoholic Influence Report, (Officer's copy) | 22.116 | 10 years 28.3 |
| Ammunition Report | 63.340 | Until no longer useful 60.15 |
| Animal Bite Information | 34.226 | 1 year 89.1 |
| Animal Inventory (pink) | ACC-3230-34 | 30 days 11.72 |
| Annual Accident Record by Unit | 35.312 | 5 years 81.25 |
| Annual Furlo.Appl./Exempt Pers. | 11.610 | Upon return from furlough 39.12 |
| Applicant Fingerprint Card (replaced by Fingerpr. Card 31.813) | 31.815 | 5 yrs. after termination of employment or revocation or expiration of license 101.31 |
| Applicant Questionnaire | 62.200 | File (Pers. Jacket) (if rejected 5 yrs.) 70.12 |
| Applicant Questionnaire/Canine Unit | 21.412 | 6 mos. 22.56 |
| Applicant's Acknowledgment | 43.702 | 1 yr. after expiration of license 43.7 |
| Application for Appointment of Special Police | 62.252 | 2 yrs. after termination of employment/5 yrs. after revocation or denial 74.20 |
| Application for Authority to Dispose of Local Records | 31.408 | Permanent 97.17 |
| Application for Media Veh. Card | 13.409 | 2 yrs. after expiratn. 6.4 |
| Application for News Media I.D. | 13.408 | 2 yrs. after expiratn. 6.4 |
| Application for Police Certificate | 31.420 | 6 periods 100.34 |
| Application for Special Police/Not for Profit Org. | 62.265 | Termination of employment 74.27 |
| Application/Gang Crime Section | 41.515 | Until no longer useful 48.13 |
| Application/Laboratory Technician | 33.116 | 4 years 114.7 |
| Application/Org. Crime Div. | 41.300 | 5 yrs. 39.18 |
| Application-Participation in Spanish Language Program | 63.423 | 5 yrs. 60.24 |
| Application/Police Dispatcher-Dispatcher Aide | 32.425 | 2 years 79.15 |
| Appointment of Special Police-Railroad | 62.262 | 1 year 74.25 |
| Appraisal of Health History | 62.424 | File (Medical Jacket) |
| Approval for "Ride-Along" Participant (News Affairs) | 13.402 | 1 years 7.2 |
| Approval for "Ride-Along" | 53.340 | 1 year after expir. 121.15 |
| Area Assignment Roster | 24.124 | 1 year 53.8 |
| Arrest Control Set (Central Booking No.) (White) | 31.200 | 1 year 100.39 |
| (Yellow) | 31.200 | 72 hours 100.39 |
| (Buff) | 31.200 | Permanent 100.39 |
| Arrest Information | 11.430 | Permanent 11.13 |
| Arrest Record (Form Letter) | 31.421 | 10 years 97.19 |
| Arrest Record Index | 11.431 | Permanent 41.1 |
| Arrest Report (Orig. White) | 11.420 | 2 yrs. Ident.,6 yrs. Records Storage; non-statutory-permanent; 49.5 juvenile-legal age + 1 yr. 49.5 |
| (Buff) | 11.420 | 6 months 49.5 |
| (Green) | 11.420 | 6 months 49.5 |
| (Blue) | 11.420 | Until white copy is returned 49.5 |
| (Pink & Goldenrod) | 11.420 | Destroy if arrestee is released w/o. charging others-6 mos. 49.5 |
| Arrest Report Audit | 31.900 | 8 years 101.25 |
| Arrest Report Correction Index | 31.901 | 6 periods 97.66 |
| Arrestee Medical Clearance Report | 11.524 | 3 years 11.38 |
| Arrestee Phone Call Log | 11.518 | 1 period unit, + 10 yrs. Records Storage 93.12 |
| Arrestee Photo Data Card | 34.426 | 6 periods 93.3 |
| Arrestee Receiving Log | 34.440 | 3 years 93.14 |
| Arson Hotline Report | 23.257 | File (Case Report) permanent 37.7 |
| Assignment & Attendance Report/ Teletype Unit | 32.605 | 1 period 79.26 |
| Assignment/Check Off Summary, 008 | 21.9324 | 1 period 22.116 |
| Assignment/Check Off Summary, 009 | 21.9310 | 1 period 22.114 |
| Assignment/Check Off Summary, 019 | 21.9605 | 1 period 22.125 |
| Assignment/Check Off Summary, 012 | 21.9415 | 1 period 22.121 |
| Assignment/Check Off Summary, 015 | 21..9543 | 1 period |
| Assignment/Check Off Summary, 025 | 21.9545 | 1 period 22.123 |
| Assignment Roster, 010 | 21.9401 | 1 period 22.117 |
| Assignment Roster, 020 | 21.9610 | 1 period 22.126 |
| Assignment Roster, 023 | 21.9615 | 1 period 22.127 |
| Assignment Schedule-Field Inquiry | 31.111 | 6 months 98.5 |
| Assignment Schedule, Traffic | 22.104 | 1 year 23.4 |
| Assignment Schedule, 005 | 21.9203 | 1 period 22.112 |
| Attendance & Assignment Change Notice | 11.607 | 6 months 66.15 |
| Attendance & Assignment Checklist | 61.415 | 60 days 66.16 |
| Attendance & Assignment Record (original) | 11.605 | 7 years & audit (1 period unit, balance Records Storage) 66.1 |
| (Unit copy) | 11.605 | 6 periods 11.51 |
| Attending Physician's Statement | 62.445 | File (Med. Jacket) 74.66 |
| Auction Sales Record | 34.549 | 7 yrs. if Audit 86.9 |
| Audio Cassette Tape Envelope | 41.367 | 1 yr. after conclusion of case |
| Audit Sheet of Missing Reports | 31.678 | 7 years 103.15 |
| Authorization for First Amendment Investigation | 11.437 | 10 years 11.15 |
| Authorization for Release of Military & Medical Information | 62.177 | File (Personnel Jacket) 74.11 |
| Authorization for Traffic Accident Report Copies (green & gold) | 31.550 | 2 years 97.49 |
| | 31.550 | 3 periods 97.49 |
| Auto Desk Activity Control | 31.241 | 1 period 97.9 |
| Auto Theft Inquiry Log/ Point to Point | 32.516 | 6 periods 79.19 |
| Autos Towed/Daily Report | 34.308 | 1 year 88.5 |
| Autozap Request | 65.222 | 1 year 62.11 |
| Aux. Police Aide Application | 62.165 | File (Unit Pers. Jkt.) 74.7 |
| Aux. Police Aide Applic. Interview | 62.165-A | File (Unit Pers. Jkt.) 74.8 |
| Aux. Police Aid/Physician's Eval. Rec. | 62.166 | File (Unit Pers. Jkt.) 74.9 |
| Aux. Police Aide Uniform Authorization/Voucher | 62.167 | File (Unit Pers. Jkt) 74.10 |
| (copy) | 62.167 | File (Purch. Req.) 74.10 |
| Auxiliary Unit Stock Record | 34.616 | 6 periods 95.3 |
| Awards Committee Reply | 11.619 | 1 period 11.56 |
| Background Report | 41.100 | Permanent 48.1 |
| Base Station Key Request | 32.409 | 1 year 79.6 |
| Bail Bond Receipt Book | D.N.A. | 1 year 11.73 |
| Beat Book Inspection Log | 21.928 | 1 period after last entry 22.94 |
| Beat Information Sheet | 21.927 | All copies: 1 period after beat change 22.93 |
| Behavioral Alert System Counseling Record | 11.665 | 1 year 11.71 |
| Behavioral Alert System Program Control | 62.219 | 1 year 72.5 |
| Bicycle Registration Card | 31.571 | 5 yrs. after expiration of registration 100.19 |
| Bimonthly Sr. Crime Victim Record | 52.306 | 18 mos. 120.11 |
| Bimonthly Sgt.'s Activ. Report | 52.307 | 18 mos. 120.12 |
| Biographical Index | 12.120 | Until no longer useful 2.7 |
| Blood Typing Ledger | 33.365 | Permanent 112.4 |
| Blood Typing Worksheet | 33.364 | 2 yrs. 114.19 |
| Bomb & Arson Worksheet | 23.258 | File (Case Report) - permanent 38.30 |
| Bomb Incident Worksheet | 23.259 | File (Case Report) 38.31 |
| Bond Money Transmittal Receipt | 34.653 | 1 year 92.3 |
| B.O.S. Loan Receipt | 20.012 | 6 periods after return 13.3 |
| Breath Test Operat. Checklist | 33.804 | 1 year 114.33 |
| Budget Request-Program Expansion/ Improvements | 61.208 (A-B-C) | 6 periods. 31.1 |
| Business/Organization Location Record | 21.906 | Until no longer useful 22.83 |
| Cancellation of Ordinance Complt. | 31.662 | 6 months 97.35 |

| RECORD | FORM NO. | RETENTION |
|---|---|---|
| Oath of Office | 62.153 | File (Personnel Jkt.) 74.5 |
| Observation or Surveillance Report | 41.105 | File (Case) 47.7 |
| Officer Battery Report (orig.) | 11.451 | 2 yrs. 11.18 |
| (unit copy) | 11.451 | 1 year 11.18 |
| (OPS copy) | 11.451 | 1 year unless litig. 11.18 |
| Officer Friendly Daily Act. Report | 51.311 | 1 period 121.22 |
| Officer Friendly Weekly Schedule | 51.310 | 6 periods 121.21 |
| Officer's Daily Activity Report/ Preventive Programs | 52.188 | 6 months 120.3 |
| Officer's Election Activity Report | 21.940 | 1 period 22.101 |
| Officer's Period Activ./Gang Crime S. | 21.388 | 5 years 22.35 |
| O.L.A. Inquiry Record | 12.126 | 6 months 2.9 |
| Operating Engineer's Log-Area 2 Ctr. | 64.108 | 1 year 84.3 |
| Operator's Daily Production/IBM Unit | 22.821 | 13 periods 30.20 |
| Order for Radio Shop Service | 32.803 | Until service compl. 79.31 |
| Order Requisition | 35.157 | 1 year 81.15 |
| Ordinance Complaint | | |
| (gold Dept. copy) | D.N.A. | 3 periods 15.5 |
| (pink Dept. copy) | D.N.A. | 3 periods after adjudication 15.5 |
| (blue officer's copy) | D.N.A. | 6 mos. after last entry in book 15.5 |
| Ordinance Complaint Delivery Receipt | 34.601 | 2 years 95.1 |
| Organized Crime Case Folder | 43.418 | 5 yrs. after case closed 45.2 |
| Out of File Indicator | 31.554 | Until filled 97.52 |
| Out of Grade Work Authorization | 11.639 | 2½ years 11.63 |
| Out of Town Request | 61.324 | 7 years 68.19 |
| Overtime Authorization Log | D.N.A. | 2 yrs. after last entry 18.21 |
| Overtime/Comp. Time Report | 11.608 | 2 yrs. 16.14 |
| Overtime/Out of Grade Pay Listing- | | 2 years (Finance copy) |
| Sworn | DPOL 8149 | 6 months (unit copies) 66.12 |
| Civilian | DPOL 8968 | |
| Owner Notification Order | 34.545 | 1 period 87.18 |
| Owners Release Authorization | 34.317 | 2 years 88.2 |
| Palmprint Card | 31.814 | 1 yr. after 80th birthday or death 97.61 |
| Palmprint Elimination Card | 33.807 | 1 yr. after 80th birthday or death 114.34 |
| Parental/Guardian Consent | 51.406 | 1 year 122.6 |
| Parking Meter Defective/Return Citation | 22.813 | 18 months 30.18 |
| Parking Meter Inoperative/Non-Suit | 22.811 | 6 months 27.17 |
| Parking Meter Operative/Pay Citation | 22.812 | 2 years 27.17 |
| Parking Violation Notice Receipt | D.N.A. | As per Dept. Notice (no less than 6 mos.) 30.26 |
| Part Returned Tag | 35.159 | Until no longer useful 81.16 |
| Participant's Acknowledgment/ Volunt. Special Employment | 11.644 | File (Unit Personnel Jkt.) 11.65 |
| Patrol Telephone Reports | 21.902 | 1 period 22.82 |
| Pawn Shop Check | 31.566 | 1 year 97.57 |
| Pawned Article Inquiry/Transmittal | 31.581 | 1 week 100.29 |
| Pawned/Lost Article Tracer | 23.876 | 3 years 38.38 |
| Pawnshop & Resale Store Subject | 23.874 | 3 years 34.8 |
| Pellet Envelope | 33.407 | File (Prop. Inventory) 114.24 |
| Performance Counseling Record | 40.105 | 5 yrs. 48.5 |
| Performance Evaluation-Period Summary | 11.632 | 6 periods 11.60 |
| Performance Rating Card | 62.359 | 25 years 74.39 |
| Performance Evaluation | PER-95 | 5 years 11.77 |
| Performance Evaluation- Supv. | PER-96 | 5 years 11.78 |
| Period Activity Report-Court Section | 21.615 | 3 years 22.77 |
| Period Performance Activity | 22.105 | 5 years 23.6 |
| Period Performance Ranking | 41.711 | 5 years 48.12 |
| Period Report-Disciplinary Action/ Minor Infraction | 21.114 | 18 months 22.4 |
| Period Strength Report | 11.660 | 14 periods 11.69 |
| Period Summary of Overtime Worked | 42.520 | 2 yrs. 58.3 |
| Period Work Schedule | 31.702 | 6 periods 97.39 |
| Personal Background Questionnaire | 11.614 | File (Personnel Jkt.)11.54 |
| Personal History Questionnaire | 62.152 | File (Personnel Jkt.); if rejected 3 yrs. 74.4 |
| Personal Property Envelope | 11.500 | Destroy after use 11.33 |
| Personal Property Receipt (yellow - book) | 11.502 | 1 yr. after last entry 93.8 |
| Personal Radio/Handcuff/Shotgun Log | 21.919 | 1 period 50.1 |
| Personal Service Citation (Dept. copy) | D.N.A. | 2 yrs. & after audit 100.35 |
| Personnel Action Request | | |
| (pink - orig.) | 11.612 | File (Personnel) or 1 yr. or depending on type of action* 11.52 |
| (green) | 11.612 | Until white returned 11.52 |
| (white) | 11.612 | 1 yr. or duration of leave 11.52 |

| RECORD | FORM NO. | RETENTION |
|---|---|---|
| Personnel Assignment, C.O.S. | 32.406 | 1 year 79.4 |
| Personnel Assignments, Patrol Div. | 21.654 | 1 period 22.78 |
| Personnel Available for Assignment | 32.412 | 1 period 79.8 |
| Personnel Card | 11.600 | Retain in member's unit; File (Personnel Jkt.) after termination 11.48 |
| Personnel Change Notice | 11.611 | File (Personnel Jkt.) Work Folder) 66.17 |
| Personnel Concerns Progr. Control | 62.218 | 1 year 74.16 |
| Personnel Concerns Progress Report | 62.366 | 1 year 72.6 |
| Personnel Control Card | 44.208 | Until termination of employmt. 10.18 |
| Personnel Correction | 32.404 | Until transferred 79.2 |
| Personnel Data Entry Worksheet | 62.326 | 1 Month after entry into system 74.28 |
| Personnel Index | 11.613 | Until transferred 11.53 |
| Personnel Jacket | D.N.A. | Work & salary history records 60 yrs./employee's 78th birthday; all other records 5 yrs. after termination. Sworn 70.3, Civilian 70.4, Crossing Guards 70.5 |
| Personnel Orders (original) | D.N.A. | 2 years 70.1 |
| Personnel Photograph Card | 62.328 | File (Personnel Jacket) 74.29 |
| Personnel Strength Report | 11.654 | 1 year 39.9 |
| Phone Notif. Received-Off. Unable to Appear | 21.611 | 1 year 22.76 |
| Photo Assignment Record | 34.708 | 10 years 90.5 |
| Photo Control Record | 21.383 | 5 years 22.30 |
| Photo Identification Card | 33.715 | Destroy after use 114.29 |
| Photo Lab Equipment Control | 41.115 | Until filled 48.8 |
| Photo Lab Equipment Request/ Approval | 41.116 | 1 year 47.22 |
| Photo Print Request | 41.113 | 1 year 47.21 |
| Photocopy Control Log | 11.138 | 3 periods 11.5 |
| Photography Unit Activity Report | 33.716 | 1 year 114.30 |
| Physical Description/Fingerprint Record | 31.811 | Until 2nd / subsequent arrest, then dispose of, hold new form 97.47 |
| Physical Evidence Exhibits | 33.316 | 7 years; non-statutory-permanent 114.10 |
| Physical Evidence Index | 33.366 | 3 years 112.9 |
| Physical Examination Record | 62.426 | File (Medical Jkt.) 74.56 |
| Physical Training Sign-in Log | 63.350 | 1 year 60.19 |
| Point to Point Message (buff) | 32.513 | 3 years 79.17 |
| Point to Point Station Log | 32.515 | 3 years 79.18 |
| Police Board Case-Progress Record | 44.504 | File (Compl. Reg.) 8.4 |
| Police Board Hearing | 44.512 | File (Compl. Reg.) 10.33 |
| Police Board Subpoena | 44.510 | File (Compl. Reg.) 10.31 |
| Police Clearance/Visa I | 31.423 | 1 year 97.21 |
| Police Clearance/Visa II | 31.422 | 1 year 97.20 |
| Police Officer's Daily Activity | 34.526 | 1 period 86.11 |
| Police Records/Dept. Inquiry | 31.552 | 1 year 97.51 |
| Police Records Inquiry (cherry) | 31.551 | Until report is returned to file 97.50 |
| Police Records/Non-Dept. Inquiry | 31.553 | 1 year 97.51 |
| Police Vehicle Accident Card | 35.122 | 10 yrs. 80.19 |
| Police Vehicle Accident Record | 22.950 | 7 years 25.2 |
| Polygraph Case Review | 33.500 | 7 years 105.1 |
| Polygraph Examiner's Worksheet | 33.501 | 7 years 105.1 |
| Polygraph Subject's Consent | 33.503 | 7 years 105.1 |
| Pool Vehicle Log | 35.101 | 2 years 80.3 |
| Post-Tow Hearing Request & Report | 34.334 | 1 yr. after disposition 89.7 |
| Preliminary Information/Weapons Discharge Worksheet | 44.111 | OPS: permanent; other units: File (Investig.) 10.6 |
| Pre-Retirement Seminar Request | 62.367 | 2 years 74.40 |
| Press Release/Sr. Cit. Serv. Div. (orig.) | 52.305 | 18 mos. 120.10 |
| Preventive Maintenance Control | 35.116-A | 1 yr. after veh. removed from service 80.16 |
| Preventive Maintenance Service Rep. | 35.126 | 3 months 80.12 |
| Prisoner Transfer Van Check On/Off & Sign In Log | 34.438 | 1 period 93.13 |
| Probationary Police Officer's Behavior Inventory | 63.208 | Probationary period 60.8 |
| Probationary Police Officer's Field Training Checklist | 63.206 | File (Personnel Jkt.) 60.7 |
| Probationary Police Officer Performance Evaluation (orig.) (unit copy) | 62.158 62.158 | File (Personnel Jkt.) 74.6 Probationary period 74.6 |
| Production Module Transfer | 65.220 | 1 year 62.10 |
| Production Work Order | 65.290 | Life of Program 62.15 |
| Program/Seminar Scheduled & Completion Report | 52.216 | 2 years 120.6 |
| Property Audit Inquiry & Answer Card | 11.510 | 1 year 11.34 |
| Property Disposition Notification | 34.542 | File (Prop. Inv.) 87.17 |

* If regarding excused without pay, disciplinary or transfer request - retain 3 years

PAGE 8

| RECORD | FORM NO. | RETENTION |
|---|---|---|
| Suspect Person/Suspect Vehicle (card) | 11.460 | Until no longer useful 11.23 |
| Suspension Notification | 44.102 | File (Compl. Reg.) 8.24 |
| System Balancing & Control | 65.229 | Life of System + 1 yr. 61.7 |
| Table Definition | 65.296 | 3 years 62.21 |
| Tactical/Enforcement Mission | 21.393 | Update/purge every 6 mos. (Jan, Jul) 22.40 |
| Tape Library Retention Control | 65.217 | Life of System 62.8 |
| Task File | D.N.A. | Permanent 55.13 |
| Task Record | 15.104 | File (Task) or 7 yrs. 55.6 Index-permanent 55.6 |
| Telephone Bill Record | 32.700 | 7 yrs. & after audit 77.2 |
| Telephone Bill Record-Cellular Phones | 32.703 | 7 yrs. & after audit 79.27 |
| Telephone Control Log | 32.705 | 1 year 79.29 |
| Telephone Directory Receipt | 11.113 | 1 year 11.3 |
| Telephone Inquiry/Correspondence | 15.109 | File (Correspondence) 55.9 |
| Telephone Repair Request | 32.704 | Until Job complete 79.28 |
| Teletype & Facsimile Messages | | See C.O.S Message |
| Teletype Message | 32.601 | 1 period 79.25 |
| Time & Attendance Record (Time & Transfer Record) | 11.602 | 2 yrs. after last entry in unit, + 5 yrs. Records Storage* 11.50 |
| Time & Attendance Record/Prevailing Rate | 11.624 | |
| Time Due Slip - See Overtime/Comp. Time Report | | 11.58 |
| Time Roll (unit copy) | 71 CP10 | 6 mos. after superseded 66.2 |
| Tire Change Record | 35.114 | 6 periods 80.40 |
| Tire Exchange Tag | 35.115 | 6 periods 81.5 |
| Towed Vehicle Disposition | 11.452 | 1 year 88.2 |
| Traffic Accident Batch Control | 31.658 | 1 period 97.33 |
| Traffic Accident Report (File) | 22.110 | 8 yrs. (2 yrs. unit, 6 yrs. Records Storage) 100.38 |
| (copies) | 22.110 | 7 years 23.7 |
| Traffic Accident Report Control | 31.659 | 1 period 97.34 |
| Traffic Accident Report Reject | 31.651 | 1 period 97.32 |
| Traffic Accident Report Tracer | 31.652 | 5 days 103.6 |
| Traffic Citation Book Receipt | D.N.A. | As per Dept. Notice (no less than 6 mos.) 30.26 |
| Traffic Court Attendance/Absentee Report | 22.916 | 1 year 28.6 |
| Traffic Court Attendance Log-Assembly Room | 22.917 | 1 year 28.5 |
| Traffic Court Call Change | 22.901 | 1 period 28.10 |
| Traffic Pursuit Report | 22.958 | 2 years 21.5 |
| Traffic Warrant Control Card | 31.260 | 3 years after warrant served/cancelled 98.23 |
| Training Aid Placement Log | 21.414 | 1 yr. after last entry 22.58 |
| Training Class Card | 63.200 | 1 year 59.2 |
| Training Deficiency Notification | 63.345 | 1 year 60.18 |
| Training Div. Annual Request | 63.103 | 5 years 60.2 |
| Training Explosives Sign Out & Return Log | 21.413 | 1 year after last entry 22.57 |
| Training Record | 63.101 | 5 yrs. after termination 59.8 |
| Training Schedule | 63.502 | 8 years 60.28 |
| Transfer List/Cash Receipts-Motor Vehicle Inventories | 34.331 | 1 period 88.4 |
| Transfer List-Recalled Unused Citations | 22.805 | 1 year 27.19 |
| Transfer List-Traffic Accident Reports (white) | 31.660 | 1 period 15.8 |
| (yellow) | 31.660 | 2 periods 15.8 |
| (blue) | 31.660 | Until yellow rec'd. 15.8 |
| Transfer Listing for Hang-On Citations (white) | 22.803 | 1 yr. & after audit 30.17 |
| (yellow) | 22.803 | Upon issuance of Dept. Notice (no less than 6 mos.) 30.17 |
| (pink) | 22.803 | Until yellow returned 30.17 |
| Transfer Listing for Personal Service Citations (white) | 22.802 | 5 years 30.16 |
| (yellow) | 22.802 | Upon issuance of Dept. Notice (no less than 6 mos.) 30.16 |
| (pink) | 22.802 | Until yellow returned 30.16 |
| Transfer Listing for Ordinance Complaints (white) | 31.661 | 3 periods 21.1 |
| (yellow) | 31.661 | 3 periods 21.1 |
| (pink) | 31.661 | Until yellow returned 21.1 |
| Transfer Record/Inventoried Property (white) | 64.119 | 5 years 94.21 |
| (pink) | 64.119 | 1 year 94.21 |
| (blue) | 64.119 | 2 years 94.21 |
| Transfer Request | 21.120 | Until acted upon 22.6 |
| Transmittal/Response Sheet | 15.106 | File (Task) 55.13 |
| Transmittal/Curfew Violation-School Absentee | 24.112 | 1 period 53.3 |

| RECORD | FORM NO. | RETENTION |
|---|---|---|
| Transmittal Listing/Alcoholic Influence Report (orig.) | 33.800 | 1 year 114.31 |
| (copy 2) | 33.800 | Until copy 3 received 114.31 |
| (copy 3) | 33.800 | 1 year 114.31 |
| Transmittal Listing/Laboratory Reports-Except. Cases (orig.) | 33.321 | Permanent 114.12 |
| (copy 2) | 33.321 | Until orig. returned 114.12 |
| Transmittal Listing to Traffic Violations Bureau | 22.801 | 3 yrs. 27.22 |
| Transmittal Report | 41.350 | 1 year 47.4 |
| Traveling Mechanics Daily Report | 64.118 | 6 periods 83.10 |
| Trial Docket | 11.561 | 1 year 11.46 |
| Tuition Reimbursement Application | 62.350 | 18 months 74.37 |
| 24 Hour Report/Hot Desk Computer System | 31.203 | 1 year 98.6 |
| 24 Hour Tow Report-Unauthorized Vehicles | 31.246 | 1 period 98.26 |
| UFO Module Transfer | 65.219 | 1 year 62.9 |
| Unacceptable Fingerprint Notif. | 31.820 | 1 period 101.21 |
| Unconfirmed Vehicle Thefts | 31.242 | 6 periods 98.25 |
| Unidentified Dead Data Sheet | 24.500 | 10 years 53.29 |
| Unidentified Found Person Control | 24.505 | 7 years 53.31 |
| Uniform/Equipment Inspection Record (unit copies) | 21.396 | 2 years 22.42 |
| | 21.396 | 1 year 22.42 |
| Unit Activity Functions/Justification for Personnel-Current Author. | 61.215 | 3 years 31.1 |
| Unit Civ. Members Collective Barg. Agreemt. Log Book | D.N.A. | 1 yr. after last remaining grievance is resolved 63.14 |
| Unit Comparison-Calls for Service/Time Spent | 15.504 | 1 year 56.11 |
| Unit FOP Grievance Log Book | D.N.A. | 1 yr. after last remaining grievance is resolved 63.13 |
| Unit Inspection Report | 11.458 | 1 year 50.17 |
| Unit of Assignment Recall & Checkoff Roster | DPOL 8010-01 | Until superseded 11.81 |
| Unit Personnel Desk Reference | 11.601 | Until no longer useful 11.49 |
| Unit Personnel Jacket | D.N.A. | Retain until termination, then to Personnel Div. 11.47 |
| Unit Stock Record | CP-GS-12 | 1 year after last entry 82.5 |
| Unlisted Telephone Info. Request | 32.521 | 6 periods 78.12 |
| Unsolved Crime Synopsis | 23.164 | 1 year 38.16 |
| User Service Report | 65.106 | Life of Program 62.2 |
| Vacancy Restoration Justification | 61.216 | 2 years 68.4 |
| Vehicle Assignment & Activity | 34.547 | 1 period 86.10 |
| Vehicle Assignment Log | 23.100 | 6 periods 50.1 |
| Vehicle Damage Estimate | 35.152 | 5 years 80.6 |
| Vehicle Damage Photo Mount | 35.165 | 5 years 80.29 |
| Vehicles Down in Excess of 72 Hrs. | 35.169 | 1 year 81.23 |
| Vehicle/Equipment Insp. Report (both copies) | 11.457 | 3 months 11.22 |
| Vehicle Equip. Issued Log | 34.611 | Permanent 34.17 |
| (copy 2) | 34.611 | 6 periods 34.17 |
| Vehicle History | 35.116 | 1 yr. after vehicle removed from service 80.16 |
| Vehicle Ready Notification Pick-up Log | 35.146 | 1 year 81.11 |
| Vehicle Recovery Message | 31.244 | 3 years; non-statutory permanent 98.28 |
| Vehicle Relocation Report | 11.475 | 13 periods 11.26 |
| Vehicle Service Card | 35.100 | Until veh. returned to unit 81.1 |
| Vehicle Status Changes | 35.118 | 1 year 80.4 |
| Vehicle Theft Case Report | 11.412 | See: Case Report File |
| (copies) | 11.412 | 1 year 36.13 |
| Vehicle Tow Report (white) | 11.413 | 1 year 88.2 |
| (pink) | 11.413 | 60 days 15.4 |
| Vehicle Work Order (all copies) | 35.110 | 1 yr. after veh. removed from service 80.7 |
| Vice Case Report | 11.414 | See: Case Report File |
| Vice Complaint (white) | 43.100 | 5 yrs. unit, 3 yrs. Record Storage 44.5 |
| (yellow) | 43.100 | 1 year 44.5 |
| (pink & gold) | 43.100 | 1 period after case closed 44.5 |
| Vice Control Master Sheet | 43.101 | 3 years 46.1 |
| Vice Raid Log | 21.550 | 2 years after last entry 18.5 |
| Victim Assistance Evaluation Summary | 21.944 | 1 year 22.105 |
| Visitor's Pass | 11.517 | 1 period unit, 10 yrs. Records Storage 93.11 |
| Voluntary Physical Fitness Test Record | 63.358 | 1 year 60.21 |
| Voluntary Special Employment Attendance Record | 21.306 | 6 mos. after card filled 22.18 |

*If member's employment is terminated while card is in unit, transfer card to Personnel Jacket, Personnel Division.