*Jakes v. Boudreau, et al.,* 19 CV 02204

# EXHIBIT D

## RECORDS DISPOSAL CERTIFICATE

**TO:** Local Records Commission
1st Floor East— State Archives Building
Springfield, Illinois 62756
(217) 782-7075

**Directions:**
1. Prepare two (2) copies.
2. Send original to Local Records Commission sixty (60) days prior to disposal date.
3. Retain second copy for your file.

RECEIVED SEP 14 1998 LOC. REC. COMM. 1490'

**COUNTY:** Cook
**FROM:** C.P.D. UNIT 163-Records Inquiry (Agency Division)
**ADDRESS:** 1121 SOUTH STATE STREET (Street, P.O. Box)
CHICAGO 60605 (City, Zip Code)
**TELEPHONE:** A.C. 312 / 747 / 6385

AGENCY _____
APPLICATION NO. 92:1C
Dept. of Police

| CUBIC FEET TO BE DISPOSED | APPLICATION ITEM NO. | RECORD SERIES | INCLUSIVE DATES |
|---|---|---|---|
| 700 | 11.10 | General Offense Case Reports | 01 JAN 88 thru 30 JUNE 91 |
| 300 | 100.38 | Traffic Crash Reports | 01 JAN 87 thru 30 JUNE 90 |
| 150 | 98.31 | LEADS REQUEST | 01JAN 93 thru 30 JUNE 96 |
| 35 | 97.51 | Police Records/Dept Inquiry (Blue) | 01 JAN 94 thru 30 JUNE 97 |
| 35 | 97.51 | Police Records/None-Dept. Inquiry (Yellow) | 01 JAN 94 thru 30 JUNE 97 |
| 10 | 100.30 | Daily Report/Jeweler Pawnshop Dealer | 01JAN 92 thru 30 JUNE 95 |
| 200 | 66.16 | Attendance & Assignment Record | 01 JAN 88 thru 30 JUNE 91 |
| 60 | 11.50 | Time and Attendance Record | 01 JAN 88 thru 30 JUNE 91 |

Disposition Approved

"I hereby certify that the film on which the records were reproduced complies with the standards given in Sections 4000.50 and 4000.60 of the Regulations of the local Records Commission."

I hereby certify that in compliance with authorization received from the Local Records Commission the records listed above will be disposed of on or after 15 NOVEMBER 1998.

*Harriett Martin* 11 Sept 98
Signature / Date

(Signature required only if records have been microfilmed.)

Harriett Martin-Section Supervisor
Please print name and title on the line above

LR-4.9  CPD-31.409 (Rev. 3/92)

# RECORDS DISPOSAL CERTIFICATE

**TO:** Local Records Commission
1st Floor East— State Archives Building
Springfield, Illinois 62756
(217) 782-7075

Directions:
1. Prepare two (2) copies.
2. Send original to Local Records Commission sixty (60) days prior to disposal date.
3. Retain second copy for your file.

COUNTY: Cook
FROM: CPD UNIT.163-RECORDS INQUIRY
Agency Division
ADDRESS: 1121 S. State Street
Street, P.O. Box
Chicago, IL 60605
City, Zip Code
TELEPHONE: A.C. 312 747 6385

AGENCY APPLICATION NO. 92:1C Dept. of Police

| CUBIC FEET TO BE DISPOSED | APPLICATION ITEM NO. | RECORD SERIES | INCLUSIVE DATES |
|---|---|---|---|
| 310 | 11.10 | GENERAL OFFENSE CASE REPORTS | 01 JUL 91 thru 31 AUG 92 |
| 95 | 100.38 | TRAFFIC CRASH REPORTS | 01 JUL 90 thru 31 AUG 91 |
| 45 | 98.31 | LEADS REQUEST | 01 JUL 96 thru 31 AUG 97 |
| 12 | 97.51 | Police Records/Dept Inquiry (Blue) | 1 Jul. 97 thru 31 Aug. 98 |
| 15 | 97.51 | Police Records/ None -Dept. Inquiry (Yellow) | 01 Jul. 97 thru 31 Aug. 99 |
| 08 | 100.30 | Daily Report/Jeweler Pawnshop Dealer | 01 Jul. 95 thru 31 Aug. 97 |
| 70 | 66.1 | Attendance & Assignment Record | 01Jul.91 thru 31 Aug. 92 |

"I hereby certify that the film on which the records were reproduced complies with the standards given in Sections 4000.50 and 4000.60 of the Regulations of the local Records Commission."

I hereby certify that in compliance with authorization received from the Local Records Commission the records listed above will be disposed of on or after

24 September 1999

Signature _Harriett Martin_ 23 Sept.

Harriett Martin / Section Supervisor
Please print name and title on the line above

(Signature required only if records have been microfilmed.)

LR-4.9  CPD-31.409 (Rev., 3/92)