*Jakes v. Boudreau, et al.,* 19 CV 02204

# EXHIBIT E

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Michael Saunders, et al.
                                  Plaintiff,

v.                                                                 Case No.: 1:12–cv–09158
                                                                  Honorable Robert M. Dow Jr.

City of Chicago, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 2, 2017:

      MINUTE entry before the Honorable Sheila M. Finnegan:Status hearing is set on 3/27/2017 at 9:45 a.m. Plaintiffs' Joint Motion to Compel Photographs from Defendant City of Chicago, Defendant Officers Boudreau, Cassidy, Paladino, Valadez, McCafferty, and Bowen, and Defendant Assistant State's Attorney Valentini [257 in Case No. 12–cv–9158, 249 in Case No. 12–cv–9170, and 252 in Case No. 12–cv–9184] is granted in part and denied in part. Defendants already have produced the photographs to Plaintiffs on an attorneys' eyes only basis. This restriction is to remain in place; however, Plaintiffs may offer the photographs as exhibits at trial subject to objections that will be heard by the district judge. To the extent that any Plaintiff seeks to personally view certain photographs in advance of trial to aid in his identification of Defendants at trial (or for other purposes), he is to seek leave of Court for pretrial access to those photographs and explain why this is necessary despite Defendants' objections to an unfair and unreliable identification process. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.