*Jakes v. Boudreau, et al.,* 19 CV 02204

# EXHIBIT G

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

December 3, 2020

*Via Electronic Mail*
George J. Yamin
Jeffrey N. Given
Sarah J. Schroeder
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Ste. 1240A
Chicago, Illinois 60604

*Via Electronic Mail*
Patrick R. Moran
Eileen E. Rosen
Andrew J. Grill
Brittany D. Johnson
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654

RE: *Jakes v. City of Chicago*, No. 19-cv-2204

Dear Counsel:

Pursuant to the Court's order, dkt. 122, Plaintiff provides the following reduced list of Rule 404(b) witnesses for purposes of his Rule 26(a)(1) disclosures.

a. Thomas Childs
b. Fred Ewing
c. Derrick Flewellen
d. Jerry Gillespie
e. Harold Hill
f. Miguel Morales
g. Fabian Pico
h. Tyrone Reyna
i. Clayborn Smith
j. Darnell Stokes
k. Terrill Swift
l. Antoine Ward

As we have previously stated, to the extent that any of the above-listed witnesses have been recently deposed, or will be deposed, in the *Fulton/Coleman* and *Hood/Washington* cases, Plaintiff will file a protective order to bar Defendants from re-deposing these same third-party witnesses in this case on the exact same incidents.

Letter to Counsel
December 3, 2020
Page 2 of 2

      Per the Court's order, dkt. 115, please let us know when we can set up a time to meet and confer on Plaintiff's list sometime within the next week.

      Thank you for your attention to this matter.

                                      Sincerely,

                                      Heather Donnell