**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ATNHONY JAKES | ) | |
| | ) | Case No. 19 CV 02204 |
| Plaintiff, | ) | |
| | ) | Hon. Manish S. Shah |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Beth W. Jantz |
| | ) | |
| KENNETH BOUDREAU, ESTATE OF | ) | JURY DEMAND |
| MICHAEL KILL, LOUIS CAESAR, THOMAS | ) | |
| PACK, MICHAEL DELACY, KEN BURKE, | ) | |
| FRED BONKE, CITY OF CHICAGO, and | ) | |
| UNKNOWN EMPLOYEES OF THE CITY OF | ) | |
| CHICAGO | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO SERVE CERTAIN WITNESSES**

Defendants KENNETH BOUDREAU, FRED BONKE, LOUIS CAESAR, MICHAEL DELACY and KEN BURKE (collectively, the "Officer Defendants"), by their undersigned attorneys, move this Court for an extension of time to serve certain witnesses:

1. As of the last joint status report, filed September 27, 2021, the Parties have identified 81 third-party witnesses to be deposed in this matter. (*See* Dkt. 166). Of those 81 individuals, approximately 19 had not been served and/or located as of September 27, 2021. *Id.*

2. On September 28, 2021, this Court ordered any intended deponents be served fifteen days from the date of the order, or by October 13, 2021. (*See* Dkt. 167). During this period, the Officer Defendants have successfully located and served six additional witnesses.

3. There are now only 12 witnesses remaining that the Officer Defendants would like to depose that they have been unable to serve and/or locate thus far. These individuals include:

Gurgid (or Gurjit) Singh, Christopher Morgan, Samuel Brown, Ruben Robles, Athena Arias, Willie Carter, "Jay" Singh, Antoine Ward, Art Sterrazas, Colin Smith, Mario (or Marco) Garcia, and Troy Walker.[1]

4. Regarding those 12 remaining individuals who have not been served, the Officer Defendants have been diligent in their attempts to locate and serve each. Those steps include: (1) employing an investigator to run skip traces, comprehensive searches and/or other search on each individual to verify if the individuals are alive or deceased and to obtain a current address and/or phone number for each; (2) attempting service multiple times on those individuals for whom they found a potential credible address; (3) requesting contact information from Plaintiff's counsel for those individuals whom Plaintiff has named as 404(b) witnesses and/or those individuals whom Plaintiff has represented in the past; (4) performing independent internet searches on multiple occasions to attempt to find any potential information that would help assist investigators to locate and serve these individuals; (5) asking individuals during their depositions if they know and/or have any information for other witnesses; and (6) reaching out to various government entities for any information they may be able to provide in order to attempt to assist the Officer Defendants to locate and serve these witnesses.

5. The Officer Defendants note that, for most of these individuals, the contact information contained in documents and/or reports that may provide credible information regarding whereabouts and/or significant identifiers to assist with locating and contacting these

---

[1] Plaintiff has also indicated that former ASA, Neal Goodfriend, has also not been served as the CCSAO was unable to accept service for Mr. Goodfriend because they cannot locate him. Plaintiff has indicated his intent to locate and attempt service for Mr. Goodfriend as well. (*See* Dkt. 175, Plaintiff's Motion to Compel the CCSAO to Produce Deponents, fn. 2-3). Defendants received notice of Plaintiff's service of Mr. Goodfriend today, October 13, 2021.

individuals is now approximately 30 years old, which has severely impeded the Officer Defendants' progress on locating and serving certain witnesses.

6. For five of these witnesses (Arias, Sterrazas, Carter, Smith, Singh), Officer Defendants have been informed that the intended deponent was out of the country with no current plans to return, potentially deceased but Officer Defendants have been unable to confirm whether this is true, and/or that the individual served was not the intended deponent and as such, Defendants are now repeating the process of location and service.

7. Accordingly, despite the Officers Defendants best efforts to comply with this Court's order that they locate and serve all the remaining individuals they intend to depose by October 13, 2021, Defendants' efforts have been unsuccessful with some witnesses.

8. Officer Defendants reached out to Plaintiff's counsel to seek agreement for this motion. Plaintiff has indicated he has no objections to this request for extension.

9. The Officer Defendants would be severely prejudiced if they were unable to continue their attempts to locate, serve and depose the identified witnesses whom Defendants believe have highly relevant information pertaining to Plaintiff's claims and Officer Defendants' defenses.

10. As such, Officer Defendants request a 30-day extension of time to continue their efforts to locate and serve the remaining 12 individuals, if they are able, until November 13, 2021.[2]

WHEREFORE, Officer Defendants respectfully request that the Court grant this motion for enlargement of time to serve certain witnesses, and allow Officer Defendants an additional 30

---

[2] For those individuals for which Officer Defendants have information that they may potentially be deceased, Officer Defendants will attempt to confirm this fact and remove these witnesses from their deponent list by November 13, 2021 as well.

3

days, or until November 13, 2021 to locate and serve the 12 witnesses identified in this motion and for any further relief as this Court deems just an appropriate.

Dated: October 13, 2021  Respectfully submitted,

KENNETH BOUDREAU, FRED BONKE, LOUIS CAESAR, MICHAEL DELACY and KEN BURKE

/s/ *Brittany D. Johnson*
Special Assistant Corporation Counsel

Eileen E. Rosen
Patrick R. Moran
Andrew J. Grill
Brittany D. Johnson
ROCK, FUSCO, & CONNELLY, LLC
321 N. Clark Street, Suite 2200
Chicago, IL 60654
Tel: (312) 494-1000
erosen@rfclaw.com
pmoran@rfclaw.com
agrill@rfclaw.com
bjohnson@rfclaw.com

## CERTIFICATE OF SERVICE

I certify under penalty of perjury, pursuant to 28 U.S.C.A. 1746, that on October 13, 2021, I electronically filed the foregoing **MOTION FOR ENLARGEMENT OF TIME TO SERVE CERTAIN WITNESSES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

/s/ *Brittany D. Johnson*