# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTHONY JAKES, | Case No. 19-cv-02204 |
| Plaintiff, | |
| v. | Hon. Manish S. Shah |
| KENNETH BOUDREAU *et al.*, | Hon. Beth W. Jantz |
| Defendants. | |

## PLAINTIFF'S LIST OF EXHIBITS

Exhibit 1: Jakes Post-Conviction Testimony dated August 4, 2015

Exhibit 2: Pack and DeLacy General Offense Case Report

Exhibit 3: *People v. Jakes* Excerpt of Jury Verdict dated September 10, 1993

Exhibit 4: *People v. Jakes* Excerpt of Sentencing Transcript dated October 27, 1993

Exhibit 5: Order Vacating Conviction

Exhibit 6: Deposition of Anthony Jakes

Exhibit 7: Order Granting Certificate of Innocence

Exhibit 8: Deposition of Jesse May Jones Part I

Exhibit 9: Deposition of Jesse May Jones Part II

Exhibit 10: Photo of 1212 W. 51st Street

Exhibit 11: Photo of broken window

Exhibit 12: Deposition of Cleotha Chairse

Exhibit 13: Anthony Jakes' Trial Testimony

Exhibit 14: Caesar and McCann Supplemental Report

Exhibit 15: Deposition of Louis Caesar

Exhibit 16: Deposition of Denise Harris

Exhibit 17: White and Hargrove Supplemental Report

Exhibit 18: Deposition of Lester White

Exhibit 19: Deposition of Michael DeLacy

Exhibit 20: Jesse May Jones' Motion to Quash Arrest and Suppress Testimony dated November 18, 1992

Exhibit 21: Anthony Jakes' Motion to Quash Arrest and Suppress Evidence Testimony dated November 18, 1992

Exhibit 22: Thomas Pack's Motion to Quash Arrest and Suppress Evidence Testimony dated November 18, 1992

Exhibit 23: Thomas Pack Trial Testimony

Exhibit 24: Kill and Boudreau Supplemental Report dated September 17, 1991

Exhibit 25: Negative Lab Result

Exhibit 26: Deposition of Kenneth Boudreau

Exhibit 27: Michael Kill's Trial Testimony

Exhibit 28: Boudreau's Post-Conviction Testimony dated April 29, 2016

Exhibit 29: Deposition of Gus Robinson, Volume I

Exhibit 30: Deposition of Gus Robinson, Volume 2

Exhibit 31: General Order 87-7

Exhibit 32: Rule 30(b)(6) Deposition of Commander Eric Winstrom

Exhibit 33: Boudreau's Post-Conviction Testimony dated May 14, 2018

Exhibit 34: Burke's Post Conviction Testimony dated June 1, 2016

Exhibit 35: Deposition of Ken Burke

Exhibit 36: Deposition of Brian Grossman

Exhibit 37: Handwritten Statement of Anthony Jakes

Exhibit 38: Louis Caesar's Trial Testimony

Exhibit 39: Ken Burke's Trial Testimony

Exhibit 40: Burke's Motion to Quash Arrest and Suppress Evidence Testimony dated November 18, 1992

Exhibit 41: Caesar's Motion to Suppress Testimony dated December 2, 1992

Exhibit 42: Deposition of Arnold Day

Exhibit 43: Arnold Day's Trial Testimony in *People v. Day*

Exhibit 44: Deposition of Fred Bonke

Exhibit 45: Jakes Pre-Trial Hearing Excerpt dated December 3, 1992

Exhibit 46: Juvenile Minutes Sheet

Exhibit 47: Deposition of Patrick Danaher

Exhibit 48: Jakes' Motion to Suppress Confession Testimony dated December 2, 1992

Exhibit 49: Boudreau GPR

Exhibit 50: Jakes Post-Conviction Testimony dated August 18, 1995

Exhibit 51: Appellate Decision Regarding Clayborn Smith

Exhibit 52: Order Regarding Marcellus Pittman

Exhibit 53: Order Regarding David Wright