IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANTHONY JAKES,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH BOUDREAU *et al.*,<br><br>    Defendants. | Case No. 19-cv-02204<br><br>Hon. Jeffrey I. Cummings<br>Magistrate Judge Beth W. Jantz |

## PARTIES' JOINT STATUS REPORT

Pursuant to this Court's order (ECF No. 309), Plaintiff Anthony Jakes ("Plaintiff") and Defendants City of Chicago, Kenneth Boudreau, and the Estate of Michael Kill, by and through counsel, hereby submit the following joint status report:

In accordance with this Court order (ECF No. 306), on December 20, 2023, Plaintiff served his demand letter on Defendants. Defendants responded on February 2, 2024. The parties have exchanged settlement proposals and are far apart, but the possibility of settlement remains. The parties are open to a settlement conference before the magistrate judge.

Respectfully submitted,

| ANTHONY JAKES | CITY OF CHICAGO |
|---|---|
| By: *s/ Renee Spence*<br>  One of Plaintiff's Attorneys | *s/ George J. Yamin Jr.*<br><br>One of the City of Chicago's Attorneys |
| Arthur Loevy<br>Jon Loevy<br>Russell Ainsworth<br>Heather Lewis Donnell<br>Renee Spence<br>LOEVY & LOEVY<br>311 N. Aberdeen St., 3rd Floor<br>Chicago, IL 60607 | James G. Sotos<br>Joseph M. Polick<br>George J. Yamin Jr.<br>The Sotos Law Firm, P.C.<br>141 W. Jackson Bld., Ste. 1240A<br>Chicago, IL 60604<br>(630) 735-3300 (phone) |

| | |
|---|---|
| (312) 243-5900 (phone) | jsotos@jsotoslaw.com |
| arthur@loevy.com | jpolick@jsotoslaw.com |
| jon@loevy.com | gyamin@jsotoslaw.com |
| russell@loevy.com | |
| heather@loevy.com | |
| spence@loevy.com | |

KENNETH BOUDREAU and GERI LYNN YANOW, as Special Representative of the Estate of Michael Kill

By: *s/ Brittany D. Johnson-Delgado*
    Brittany D. Johnson-Delgado
    Special Assistant Corporation Counsel

    Eileen E. Rosen
    Patrick R. Moran
    Andrew J. Grill
    Brittany D. Johnson-Delgado
    Rock Fusco & Connelly, LLC
    333 W Wacker, 19th Floor
    Chicago, IL 60606
    (312) 494-1000 (phone)
    erosen@rfclaw.com
    pmoran@rfclaw.com
    agrill@rfclaw.com
    bjohnson@rfclaw.com